IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY SERVICES BUSINESSES (TAMSB) | § § § § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| V. | | CIVIL ACTION NO. SA-25-CA-00344-FB |
| PAM BONDI, Attorney General of the United States; SCOTT BESSENT, Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK, | | |
| *Defendants.* | | |

### ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

IT IS ORDERED that this case is set for an in-person hearing on Plaintiff's motion for temporary restraining order at **9 a.m. on Friday, April 11, 2025,** in Courtroom G of the United States Courthouse, 262 W. Nueva St., San Antonio, Texas, 78207. A party representative for Plaintiff and the United States Attorney's Office shall attend the hearing.

It is so ORDERED.

SIGNED this 9th day of April, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE