IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASS'N FOR MONEY SERVICES BUSINESSES (TAMSB),<br><br>    *Plaintiff*,<br><br>v.<br><br>PAM BONDI, in her official capacity as Attorney General; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, in her official capacity as the Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>    *Defendants*. | Civil Action No. 25-cv-344-FB |

## NOTICE OF APPEARANCE

Please take notice that Amy Powell, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for official capacity Defendants in the above-captioned matter. As of the morning of April 10, 2025, Defendants understand that service has not been completed under Fed. R. Civ. P. 4(i), and Defendants reserve all rights to assert lack of personal jurisdiction / service (among other defenses under Rule 12(b)).

Dated: April 10, 2025                    Respectfully submitted,

                              YAAKOV ROTH
                              Acting Assistant Attorney General

                              STEPHEN M. ELLIOTT
                              Assistant Director, Federal Programs Branch

1

/s/Amy E. Powell
AMY E. POWELL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
c/o U.S. Attorney's Office for EDNC
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Tel.: 919-856-4013
Email:  amy.powell@usdoj.gov

*Counsel for Defendants*