IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASS'N FOR MONEY SERVICES BUSINESSES (TAMSB),<br><br>   *Plaintiff*,<br><br>v.<br><br>PAM BONDI, in her official capacity as Attorney General; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, in her official capacity as the Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>   *Defendants*. | Civil Action No. 25-cv-344-FB |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule CV-7(B), Defendants respectfully submit this unopposed motion for leave to file a 25-page Response opposing Plaintiff's Motion for Emergency Ex Parte Temporary Restraining Order. Plaintiff does not oppose this request.

Local Rule CV-7(C) specifies a 20-page limit for responses to motions other than discovery or case management motions. Defendants respectfully request an additional five pages to adequately address the numerous issues raised in Plaintiff's motion—which include likelihood of merits success on six distinct claims and the four factors governing the availability of preliminary injunctive relief—as well as the threshold question of Plaintiff's standing.

Consistent with Local Rule CV-7.B., Defendants attach an executed copy of the proposed opposition as Exhibit 1.

Defendants respectfully request that the Court grant this unopposed motion for leave to file excess pages.

Dated: April 10, 2025                           Respectfully submitted,

                                                YAAKOV ROTH
                                                Acting Assistant Attorney General

                                                STEPHEN M. ELLIOTT
                                                Assistant Director, Federal Programs Branch

                                                /s/Amy E. Powell
                                                AMY E. POWELL
                                                Senior Trial Counsel
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                c/o U.S. Attorney's Office for EDNC
                                                150 Fayetteville St, Suite 2100
                                                Raleigh, NC 27601
                                                Tel.: 919-856-4013
                                                Email: amy.powell@usdoj.gov
                                                Counsel for Defendants