# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASS'N FOR MONEY SERVICES BUSINESSES (TAMSB),<br><br>*Plaintiff*,<br><br>v.<br><br>PAM BONDI, in her official capacity as Attorney General; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, in her official capacity as the Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>*Defendants*. | Civil Action No. 25-cv-344-FB |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Before the Court is Defendants' Unopposed Motion for Leave to File Excess Pages, seeking to file a proposed brief that is approximately five pages in excess of the 20-page limit. The Court finds good cause for granting leave. IT IS THEREFORE ORDERED that Defendants' Unopposed Motion for Leave to File Excess Pages is GRANTED. The Clerk of Court shall file the Defendants' Proposed Response opposing Plaintiff's Motion for Emergency Ex Parte Temporary Restraining Order.

IT IS SO ORDERED.

DATED: April ____, 2025.

                                                          FRED BIERY
                                                          UNITED STATES DISTRICT JUDGE