# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASS'N FOR MONEY SERVICES BUSINESSES (TAMSB),<br><br>    *Plaintiff*,<br><br>v.<br><br>PAM BONDI, in her official capacity as Attorney General; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, in her official capacity as the Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>    *Defendants*. | Civil Action No. 5:25-cv-344-FB |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as co-counsel for official capacity Defendants. Senior Trial Counsel Amy E. Powell will remain as lead and notice counsel.

It is respectfully requested that the Clerk of the Court please ensure that copies of all orders or notices entered in this matter are directed to Senior Trial Counsel Amy E. Powell as lead counsel for Defendants and to Assistant United States Attorney Robert Green as co-counsel for Defendants.

Dated: April 10, 2025	Respectfully submitted,

**Margaret F. Leachman**
Acting United States Attorney

/s/ *Robert D. Green*
Robert D. Green
Assistant United States Attorney
Texas Bar No. 24087626
robert.green3@usdoj.gov
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7362 (phone)
(210) 384-7312 (fax)

*Attorneys for Defendant*