IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY SERVICES BUSINESSES (TAMSB) | § § § § § | |
| *Plaintiff*, | | |
| V. | § § § | CIVIL ACTION NO. SA-25-CA-00344-FB |
| PAM BONDI, Attorney General of the United States; SCOTT BESSENT, Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK, | § § § § § § § § § | |
| *Defendants.* | § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Before the Court is Defendants' Unopposed Motion for Leave to File Excess Pages, seeking to file a proposed brief that is approximately five pages in excess of the 20-page limit. (Docket no. 8). The Court finds good cause for granting leave.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion for Leave to File Excess Pages (docket no. 8) is GRANTED. The Clerk of Court shall file the Defendants' Proposed Response opposing Plaintiff's Motion for Emergency Ex Parte Temporary Restraining Order (attached to the motion for leave at Exhibits 1, 2 & 3) as part of the record in this case.

It is so ORDERED.

SIGNED this 11th day of April, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE