UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, Jr., <br><br>    *Plaintiffs*, <br><br>v. <br><br>PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; SCOTT BESSENT, SECRETARY OF THE TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, DIRECTOR OF THE FINANCIAL CRIMES ENFORCEMENT NETWORK; and FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br>    *Defendants*. | Civil Case No. 5:25-cv-00344-FB |

**PLAINTIFF HIGH VALUE, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Plaintiff High Value, Inc. does not have any parent corporations, and no publicly held company owns 10% or more of its stock.

1

Dated: April 18, 2025.                    Respectfully submitted,

/s/ Christen Mason Hebert

Elizabeth L. Sanz (CA Bar No. 340538)*         Christen Mason Hebert (TX Bar No. 24099898)
INSTITUTE FOR JUSTICE                          Jeffrey Rowes (TX Bar No. 24104956)*
901 N. Glebe Road, Suite 900                   INSTITUTE FOR JUSTICE
Arlington, VA 22203                            816 Congress Ave., Suite 970
(703) 682-9320                                 Austin, TX 78701
bsanz@ij.org                                   (512) 480-5936
                                               chebert@ij.org
Katrin Marquez (FL Bar No. 1024765)*           jrowes@ij.org
INSTITUTE FOR JUSTICE
2 South Biscayne Blvd., Suite 3180             Robert E. Johnson (DC Bar No. 1013390)*
Miami, FL 33131                                INSTITUTE FOR JUSTICE
(305) 721-1600                                 16781 Chagrin Blvd., Suite 256
kmarquez@ij.org                                Shaker Heights, OH 44120
                                               (703) 682-9320
* *Pro Hac Vice* motions to be filed           rjohnson@ij.org

*Attorney for Plaintiffs Arnoldo Gonzalez, Jr. and High Value, Inc.*


## CERTIFICATE OF SERVICE

I certify that on April 18, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Christen Mason Hebert
Christen Mason Hebert (TX Bar No. 24099898)

2