UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TEXAS ASSOCIATION FOR MONEY
SERVICES BUSINESSES (TAMSB), et al.
vs.

Case No.: 5:25-cv-00344-FB

PAM BONDI, Attorney General of the United States, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Robert E. Johnson, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiffs High Value, Inc. & Arnoldo Gonzalez, Jr. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Institute for Justice with offices at:

    Mailing address: 16781 Chagrin Blvd., Suite 256

    City, State, Zip Code: Shaker Heights, OH 44120

    Telephone: (703) 682-9320    Facsimile:

2. Since April 1, 2013, Applicant has been and presently is a member of and in good standing with the Bar of the District of Columbia. Applicant's bar license number is 1013390.

3. Applicant has been admitted to practice before the following courts:

    Court:                                          Admission date:

    See Attachment

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 2:17-cv-00048-AM-CW on the 7 day of September, 2017.

   Number: _____ on the ___ day of _____, ___.

   Number: _____ on the ___ day of _____, ___.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Christen Mason Hebert

Mailing address: 816 Congress Ave., Suite 970

City, State, Zip Code: Austin, TX 78701

Telephone: (512) 480-5936

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Robert E. Johnson to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Robert E. Johnson
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 18 day of April, 2025.

Robert E. Johnson
[printed name of Applicant]

[signature of Applicant]