# ATTACHMENT

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| U.S. Supreme Court | August 28, 2015 |
| U.S. Court of Appeals for the Second Circuit | January 31, 2018 |
| U.S. Court of Appeals for the Third Circuit | March 29, 2013 |
| U.S. Court of Appeals for the Fourth Circuit | November 30, 2015 |
| U.S. Court of Appeals for the Fifth Circuit | April 8, 2025 |
| U.S. Court of Appeals for the Seventh Circuit | April 5, 2019 |
| U.S. Court of Appeals for the Eighth Circuit | June 15, 2015 |
| U.S. Court of Appeals for the Ninth Circuit | October 16, 2013 |
| U.S. Court of Appeals for the Eleventh Circuit | November 16, 2022 |
| U.S. Court of Appeals for the D.C. Circuit | Nov. 15, 2019 |
| U.S. District Court for the Central District of Illinois | March 1, 2024 |
| U.S. District Court for the District of Columbia | December 7, 2020 |
| U.S. District Court for the Eastern District of Virginia | *Inactive* (October 31, 2014) |
| D.C. Bar | April 1, 2013 |
| Ohio Bar | May 15, 2019 |
| Virginia Bar | *Inactive Status* (June 4, 2012) |