# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION

TEXAS ASSOCIATION FOR MONEY
SERVICES BUSINESSES (TAMSB), et al.
vs.

Case No.:  5:25-cv-00344-FB

PAM BONDI, Attorney General of the United
States, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Robert E. Johnson                          , counsel for

Plaintiffs  High Value, Inc. & Arnoldo Gonzalez,   , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Robert E. Johnson                          may appear on behalf of  Plaintiffs  High Value, Inc. & Arnoldo Gonzalez, Jr.

in the above case.

IT IS FURTHER ORDERED that  Robert E. Johnson                          , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  April                          , 20_____.

_____
UNITED STATES DISTRICT JUDGE