## ATTACHMENT

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| U.S. Court of Appeals for the Fifth Circuit | December 15, 2022 |
| U.S. Court of Appeals for the Ninth Circuit | November 15, 2024 |
| U.S. Court of Appeals for the Eleventh Circuit | July 12, 2024 |
| U.S. District Court for the Southern District of California | April 3, 2025 |
| California Bar | November 19, 2021 |