**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

TEXAS ASSOCIATION FOR MONEY
SERVICES BUSINESSES (TAMSB), et al.
vs.                                                    Case No.:  5:25-cv-00344-FB

PAM BONDI, Attorney General of the United
States, et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Jeffrey Rowes                                            , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Plaintiffs  High Value, Inc. & Arnoldo Gonzalez, Jr.   in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

Institute for Justice                                  with offices at:

Mailing address:  816 Congress Ave., Suite 970

City, State, Zip Code:  Austin, TX 78701

Telephone:  (512) 480-5936                    Facsimile:

2.    Since  August 25, 2017                      , Applicant has been and presently is a

member of and in good standing with the Bar of the  State of Texas                        .

Applicant's bar license number is  24104956                                           .

3.    Applicant has been admitted to practice before the following courts:

Court:                                              Admission date:

See Attachment

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.    I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:  Christen Mason Hebert

Mailing address:  816 Congress Ave., Suite 970

City, State, Zip Code:  Austin, TX 78701

Telephone:  (512) 480-5936

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jeffrey Rowes to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jeffrey Rowes

[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the 18 day of April, 2025.

Jeffrey Rowes

[printed name of Applicant]

[signature of Applicant]