# ATTACHMENT

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| U.S. Supreme Court | October 29, 2007 |
| U.S. Court of Appeals for the Fourth Circuit | January 7, 2008 |
| U.S. Court of Appeals for the Fifth Circuit | October 23, 2018 |
| U.S. Court of Appeals for the Sixth Circuit | May 31, 2006 |
| U.S. Court of Appeals for the Ninth Circuit | April 28, 2010 |
| U.S. District Court for the Central District of Illinois | September 23, 2024 |
| U.S. District Court for the Northern District of Indiana | July 31, 2023 |
| Texas Bar | August 25, 2017 |