# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

TEXAS ASSOCIATION FOR MONEY
SERVICES BUSINESSES (TAMSB), et al.

vs.

Case No.: 5:25-cv-00344-FB

PAM BONDI, Attorney General of the United
States, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jeffrey Rowes, counsel for Plaintiffs High Value, Inc. & Arnoldo Gonzalez, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jeffrey Rowes may appear on behalf of Plaintiffs High Value, Inc. & Arnoldo Gonzalez, Jr. in the above case.

IT IS FURTHER ORDERED that Jeffrey Rowes, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of April _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE