## ATTACHMENT

3. Applicant has been admitted to practice before the following courts:

| **Court:** | **Admission date:** |
|---|---|
| U.S. Court of Appeals for the Fifth Circuit | June 21, 2023 |
| U.S. District Court for the Southern District of Florida | September 16, 2024 |
| U.S. District Court for the Middle District of Florida | October 29, 2024 |
| Florida Bar | November 20, 2020 |