UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

TEXAS ASSOCIATION FOR MONEY
SERVICES BUSINESSES (TAMSB), et al.
vs.

PAM BONDI, Attorney General of the United
States, et al.

Case No.: 5:25-cv-00344-FB

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Katrin Marquez, counsel for Plaintiffs High Value, Inc. & Arnoldo Gonzalez, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Katrin Marquez may appear on behalf of Plaintiffs High Value, Inc. & Arnoldo Gonzalez, Jr. in the above case.

IT IS FURTHER ORDERED that Katrin Marquez, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of April _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE