UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, Jr., <br><br>     *Plaintiffs*, <br><br> v. <br><br> PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; SCOTT BESSENT, SECRETARY OF THE TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, DIRECTOR OF THE FINANCIAL CRIMES ENFORCEMENT NETWORK; and FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br>     *Defendants*. | Civil Case No. 5:25-cv-00344-FB |

**[PROPOSED] ORDER EXTENDING THE TEMPORARY
RESTRAINING ORDER AND SETTING A BREIFING SCHEDULE**

This matter comes before the Court on Plaintiffs' Opposed Motion to Extend the Temporary Restraining Order and Set a Briefing Schedule. The Court has reviewed Plaintiffs' motion and finds that it should be GRANTED.

1

Accordingly, it is hereby ORDERED that the expiration of the Temporary Restraining Order issued on April 11, 2025 (docket no. 13) is extended to May 9, 2025.

IT IS FURTHER ORDERED that the following briefing schedule be set on Plaintiffs' Opposed Motion for a Preliminary Injunction:

    April 18: Plaintiffs to file amended complaint and PI motion

    April 25: Defendants to file response to PI motion and administrative record

    April 28: Parties to disclose witnesses by noon (central)

    April 28: Plaintiffs to file reply by end of the day

    [ April 29-May 2: Hearing to be set based on Court's availability ]

SIGNED this _____ day of April, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE