**DECLARATION OF ELIZABETH SANZ**

# Exhibit A



