# DECLARATION OF ELIZABETH SANZ

# Exhibit B



