D<span>ECLARATION OF</span> E<span>LIZABETH</span> S<span>ANZ</span>

# Exhibit C

