IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, JR.,<br><br>  *Plaintiffs*,<br><br>V.<br><br>PAM BONDI, Attorney General of the United States; SCOTT BESSENT, Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>  *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-25-CA-00344-FB |

## ADVISORY

Before the Court is the matter of setting a Preliminary Injunction hearing and related issues.

If the administrative record can be obtained, the pleadings amended and briefing accomplished, the Court is available the weeks of May 12 and May 19.

Also, the Temporary Restraining Order with a fourteen-day extension will expire on May 9, 2025. The Court finds good cause exists for this extension to provide time to fully consider the various arguments and motions of the parties.

-2-

In the spirt of Henry David Thoreau[1] and in an act of judicial grace for the Defendants, the Court ordered that no new Plaintiffs will be added to this lawsuit.

To the extent necessary, the Court hopes, and expects, the same professional courtesy to be extended to Plaintiffs by Defendants by not beginning enforcement of the subject GTO against Plaintiffs on May 10, 2025.

Counsel for the parties are asked to advise Ms. Sullivan and Ms. Herndon regarding the May dates or subsequently agreed upon later dates in June or August (two-year-old granddaughter has ordered the Court to be with her in July).

Signed this 21st day of April, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] "Simplify, simplify, simplify!" (WALDEN 1854).