IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, JR., § § § § § § § § § § § § § § § | | |
| *Plaintiffs*, § | | |
| § | | |
| V. § | | CIVIL ACTION NO. SA-25-CA-00344-FB |
| § | | |
| PAM BONDI, Attorney General of the United States; SCOTT BESSENT, Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, Director of the Financial Crimes Enforcement Network; and FINANCIAL CRIMES ENFORCEMENT NETWORK, § § § § § § § § § | | |
| *Defendants.* § | | |

**ORDER GRANTING MOTIONS FOR ADMISSION *PRO HAC VICE***

Before the Court are the motions for admission *Pro Hac Vice* filed by Robert E. Johnson, Elizabeth L. Sanz, Jeffrey Rowes and Katrin Marquez (collectively, "counsel") of the Institute for Justice seeking leave to appear *pro hac vice* in this case on behalf of Plaintiffs High Value, Inc. and Arnoldo Gonzalez, Jr. (Docket nos. 17-20). Robert E. Johnson is a member in good standing with the Bar of the District of Columbia, and is licensed to appear before the United States Supreme Court, several United States Courts of Appeals, and United States District Courts for the District of Columbia

and the Eastern District of Virginia. A review of the motion reveals that this is Robert E. Johnson's second application to appear *Pro Hac Vice* in the Western District of Texas. Elizabeth L. Sanz is a member in good standing with the Bar of the State of California, and is licensed to appear before the United States Courts of Appeals for the Fifth, Ninth and Eleventh Circuits, and the United States District Court for the Southern District of California. This is Elixabeth L. Sanz's first motion to appear *Pro Hac Vice* in the Western District of Texas. Jeffrey Rowes is a member in good standing with the Bar of the State of Texas, and is licensed to appear before the United States Supreme Court, several United States Courts of Appeals, the United States District Court for the Central District of Illinois and the United States District Court for the Northern District of Indiana. This is Jeffrey Rowes's first motion to appear *Pro Hac Vice* in the Western District of Texas. Katrin Marquez is a member in good standing with the Bar of the State of Florida, and is licensed to appear before the United States Court of Appeals for the Fifth Circuit, the United States District Court for the Southern District of Florida, and the United States District Court for the Middle District of Florida. A review of the motion reveals that this is Katrin Marquez's first application to appear *Pro Hac Vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *Pro Hac Vice* in any case. This Court has, however, made an exception for counsel if their practice in the Western District is limited to one case and, in some instances, as long as a licensed Western District of Texas attorney is involved in the case. The motions reveal a licensed Western District of Texas attorney has been designated as co-counsel. Therefore, after due consideration, the Court is of the opinion the motions should be granted such that counsel may appear in this case *Pro Hac Vice*.

Accordingly, IT IS HEREBY ORDERED that the Motion(s) for Admission *Pro Hac Vice* (docket nos. 17-20) are GRANTED such that Robert E. Johnson, Elizabeth L. Sanz, Jeffrey Rowes and

Katrin Marquez may appear *pro hac vice* in this case. The Court further ORDERS counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

IT IS FURTHER ORDERED that counsel shall immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2), if counsel have not already done so.

IT IS FURTHER ORDERED that counsel, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if counsel have not already done so. *Pro Hac Vice* status shall not take effect until counsel have complied with all of the requirements contained in this Order.

It is so ORDERED.

SIGNED this 21st day of April, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE