IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASS'N FOR MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R&C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTISEVICES INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; AND ARNOLDO GONZALEZ, JR.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PAM BONDI, in her official capacity as Attorney General; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, in her official capacity as the Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>    *Defendants*. | Civil Action No. 25-cv-344-FB |

**NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to agreement of the parties, Defendants are hereby filing the public, non-privileged portions of the certified administrative record for the March 11, 2025 Geographic Targeting Order that is the subject of this action. While the nonpublic information can be made

available to the Court upon request, Defendants do not believe that is necessary in order to decide the pending motion for a preliminary injunction.

Dated April 25, 2025                 Respectfully submitted

                                         YAAKOV ROTH
                                         Acting Assistant Attorney General

                                         STEPHEN M. ELLIOTT
                                         Assistant Director, Federal Programs Branch

                                         /s/ Amy E. Powell
                                         AMY E. POWELL
                                         Senior Trial Counsel
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         c/o U.S. Attorney's Office for EDNC
                                         150 Fayetteville St, Suite 2100
                                         Raleigh, NC 27601
                                         Tel.: 919-856-4013
                                         Email: amy.powell@usdoj.gov

                                         *Counsel for Defendants*