| | st_fips | cty_fips | st_nm | cty_nm | count | fips | POPESTIMATE2023 | count_per_pop | full_fips | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 6 | 37 | CA | LOS ANGELES | | 88,954 | ('06', '037') | 9,663,345 | 0.9% | 6037 | | |
| 1 | 48 | 201 | TX | HARRIS | | 40,901 | ('48', '201') | 4,835,125 | 0.8% | 48201 | | |
| 5 | 48 | 113 | TX | DALLAS | | 34,187 | ('48', '113') | 2,606,358 | 1.3% | 48113 | | |
| 8 | 6 | 73 | CA | SAN DIEGO | | 24,660 | ('06', '073') | 3,269,973 | 0.8% | 6073 | | |
| 11 | 48 | 453 | TX | TRAVIS | | 15,052 | ('48', '453') | 1,334,961 | 1.1% | 48453 | | |
| 13 | 4 | 13 | AZ | MARICOPA | | 13,588 | ('04', '013') | 4,585,871 | 0.3% | 4013 | | |
| 15 | 6 | 1 | CA | ALAMEDA | | 12,785 | ('06', '001') | 1,622,188 | 0.8% | 6001 | | |
| 21 | 48 | 141 | TX | EL PASO | | 10,946 | ('48', '141') | 869,880 | 1.3% | 48141 | 1813 | 17% |
| 26 | 48 | 91 | TX | COMAL | | 9,262 | ('48', '091') | 193,928 | 4.8% | 48091 | | |
| 35 | 6 | 67 | CA | SACRAMENTO | | 7,774 | ('06', '067') | 1,584,288 | 0.5% | 6067 | | |
| 38 | 6 | 59 | CA | ORANGE | | 7,145 | ('06', '059') | 3,135,755 | 0.2% | 6059 | | |
| 63 | 6 | 81 | CA | SAN MATEO | | 4,151 | ('06', '081') | 726,353 | 0.6% | 6081 | | |
| 68 | 6 | 19 | CA | FRESNO | | 3,841 | ('06', '019') | 1,017,162 | 0.4% | 6019 | | |
| 72 | 48 | 439 | TX | TARRANT | | 3,676 | ('48', '439') | 2,182,947 | 0.2% | 48439 | | |
| 81 | 48 | 215 | TX | HIDALGO | | 3,252 | ('48', '215') | 898,471 | 0.4% | 48215 | 1283 | 39% |
| 84 | 6 | 85 | CA | SANTA CLARA | | 3,098 | ('06', '085') | 1,877,592 | 0.2% | 6085 | | |
| 89 | 35 | 1 | NM | BERNALILLO | | 2,788 | ('35', '001') | 671,586 | 0.4% | 35001 | | |
| 93 | 6 | 71 | CA | SAN BERNARDINO | | 2,625 | ('06', '071') | 2,195,611 | 0.1% | 6071 | | |
| 94 | 48 | 157 | TX | FORT BEND | | 2,624 | ('48', '157') | 916,778 | 0.3% | 48157 | | |
| 95 | 48 | 29 | TX | BEXAR | | 2,511 | ('48', '029') | 2,087,679 | 0.1% | 48029 | | |
| 96 | 48 | 303 | TX | LUBBOCK | | 2,468 | ('48', '303') | 320,940 | 0.8% | 48303 | | |
| 107 | 48 | 479 | TX | WEBB | | 2,153 | ('48', '479') | 269,148 | 0.8% | 48479 | 678 | 31% |
| 114 | 6 | 65 | CA | RIVERSIDE | | 2,043 | ('06', '065') | 2,492,442 | 0.1% | 6065 | | |
| 116 | 6 | 13 | CA | CONTRA COSTA | | 2,001 | ('06', '013') | 1,155,025 | 0.2% | 6013 | | |
| 125 | 6 | 25 | CA | IMPERIAL | | 1,785 | ('06', '025') | 179,057 | 1.0% | 6025 | | |
| 126 | 48 | 85 | TX | COLLIN | | 1,745 | ('48', '085') | 1,195,359 | 0.1% | 48085 | | |
| 127 | 48 | 61 | TX | CAMERON | | 1,693 | ('48', '061') | 426,710 | 0.4% | 48061 | 1267 | 75% |
| 128 | 48 | 121 | TX | DENTON | | 1,658 | ('48', '121') | 1,007,703 | 0.2% | 48121 | | |
| 138 | 6 | 77 | CA | SAN JOAQUIN | | 1,262 | ('06', '077') | 800,965 | 0.2% | 6077 | | |
| 156 | 48 | 491 | TX | WILLIAMSON | | 879 | ('48', '491') | 697,191 | 0.1% | 48491 | | |
| 157 | 48 | 41 | TX | BRAZOS | | 868 | ('48', '041') | 244,703 | 0.4% | 48041 | | |
| 159 | 4 | 19 | AZ | PIMA | | 824 | ('04', '019') | 1,063,162 | 0.1% | 4019 | | |
| 163 | 48 | 209 | TX | HAYS | | 795 | ('48', '209') | 280,486 | 0.3% | 48209 | | |
| 190 | 6 | 101 | CA | SUTTER | | 539 | ('06', '101') | 97,948 | 0.6% | 6101 | | |
| 192 | 6 | 111 | CA | VENTURA | | 530 | ('06', '111') | 829,590 | 0.1% | 6111 | | |
| 195 | 48 | 339 | TX | MONTGOMERY | | 508 | ('48', '339') | 711,354 | 0.1% | 48339 | | |
| 197 | 6 | 75 | CA | SAN FRANCISCO | | 500 | ('06', '075') | 808,988 | 0.1% | 6075 | | |
| 203 | 6 | 95 | CA | SOLANO | | 479 | ('06', '095') | 449,218 | 0.1% | 6095 | | |
| 205 | 48 | 21 | TX | BASTROP | | 476 | ('48', '021') | 110,778 | 0.4% | 48021 | | |
| 229 | 48 | 27 | TX | BELL | | 350 | ('48', '027') | 393,193 | 0.1% | 48027 | | |
| 230 | 6 | 41 | CA | MARIN | | 348 | ('06', '041') | 254,407 | 0.1% | 6041 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 241 | 4 | 27 AZ | YUMA | 308 ('04', '027') | 213,221 | 0.1% | 4027 |
| 252 | 48 | 139 TX | ELLIS | 276 ('48', '139') | 222,829 | 0.1% | 48139 |
| 254 | 6 | 107 CA | TULARE | 274 ('06', '107') | 479,468 | 0.1% | 6107 |
| 256 | 48 | 135 TX | ECTOR | 271 ('48', '135') | 164,494 | 0.2% | 48135 |
| 261 | 48 | 55 TX | CALDWELL | 263 ('48', '055') | 49,859 | 0.5% | 48055 |
| 267 | 6 | 99 CA | STANISLAUS | 242 ('06', '099') | 551,430 | 0.0% | 6099 |
| 284 | 48 | 39 TX | BRAZORIA | 215 ('48', '039') | 398,938 | 0.1% | 48039 |
| 285 | 6 | 53 CA | MONTEREY | 213 ('06', '053') | 430,723 | 0.0% | 6053 |
| 288 | 48 | 257 TX | KAUFMAN | 209 ('48', '257') | 185,690 | 0.1% | 48257 |
| 291 | 48 | 355 TX | NUECES | 208 ('48', '355') | 352,289 | 0.1% | 48355 |
| 296 | 48 | 167 TX | GALVESTON | 200 ('48', '167') | 361,744 | 0.1% | 48167 |
| 302 | 48 | 309 TX | MCLENNAN | 193 ('48', '309') | 268,583 | 0.1% | 48309 |
| 305 | 48 | 375 TX | POTTER | 190 ('48', '375') | 114,647 | 0.2% | 48375 |
| 309 | 6 | 97 CA | SONOMA | 178 ('06', '097') | 481,812 | 0.0% | 6097 |
| 317 | 6 | 83 CA | SANTA BARBARA | 171 ('06', '083') | 441,257 | 0.0% | 6083 |
| 321 | 48 | 213 TX | HENDERSON | 169 ('48', '213') | 86,158 | 0.2% | 48213 |
| 328 | 48 | 423 TX | SMITH | 159 ('48', '423') | 245,209 | 0.1% | 48423 |
| 329 | 6 | 29 CA | KERN | 158 ('06', '029') | 913,820 | 0.0% | 6029 |
| 332 | 6 | 89 CA | SHASTA | 156 ('06', '089') | 180,366 | 0.1% | 6089 |
| 347 | 48 | 329 TX | MIDLAND | 139 ('48', '329') | 177,108 | 0.1% | 48329 |
| 349 | 48 | 183 TX | GREGG | 136 ('48', '183') | 126,243 | 0.1% | 48183 |
| 357 | 48 | 245 TX | JEFFERSON | 132 ('48', '245') | 251,496 | 0.1% | 48245 |
| 359 | 6 | 87 CA | SANTA CRUZ | 130 ('06', '087') | 261,547 | 0.0% | 6087 |
| 360 | 4 | 21 AZ | PINAL | 129 ('04', '021') | 484,239 | 0.0% | 4021 |
| 366 | 4 | 15 AZ | MOHAVE | 124 ('04', '015') | 223,682 | 0.1% | 4015 |
| 382 | 48 | 181 TX | GRAYSON | 116 ('48', '181') | 146,907 | 0.1% | 48181 |
| 400 | 48 | 441 TX | TAYLOR | 100 ('48', '441') | 146,836 | 0.1% | 48441 |
| 402 | 35 | 13 NM | DONA ANA | 99 ('35', '013') | 225,210 | 0.0% | 35013 |
| 415 | 48 | 367 TX | PARKER | 91 ('48', '367') | 173,494 | 0.1% | 48367 |
| 417 | 4 | 25 AZ | YAVAPAI | 89 ('04', '025') | 249,081 | 0.0% | 4025 |
| 432 | 48 | 485 TX | WICHITA | 85 ('48', '485') | 130,180 | 0.1% | 48485 |
| 433 | 6 | 23 CA | HUMBOLDT | 84 ('06', '023') | 133,985 | 0.1% | 6023 |
| 437 | 35 | 49 NM | SANTA FE | 82 ('35', '049') | 155,956 | 0.1% | 35049 |
| 463 | 6 | 55 CA | NAPA | 73 ('06', '055') | 133,216 | 0.1% | 6055 |
| 467 | 35 | 31 NM | MCKINLEY | 73 ('35', '031') | 68,797 | 0.1% | 35031 |
| 481 | 48 | 251 TX | JOHNSON | 70 ('48', '251') | 202,906 | 0.0% | 48251 |
| 485 | 48 | 249 TX | JIM WELLS | 69 ('48', '249') | 38,662 | 0.2% | 48249 |
| 497 | 48 | 481 TX | WHARTON | 66 ('48', '481') | 41,739 | 0.2% | 48481 |
| 498 | 6 | 31 CA | KINGS | 65 ('06', '031') | 152,682 | 0.0% | 6031 |
| 510 | 48 | 349 TX | NAVARRO | 60 ('48', '349') | 55,635 | 0.1% | 48349 |
| 523 | 48 | 37 TX | BOWIE | 57 ('48', '037') | 91,687 | 0.1% | 48037 |
| 525 | 6 | 47 CA | MERCED | 56 ('06', '047') | 291,920 | 0.0% | 6047 |

| 533 | 48 | 221 TX | HOOD | 56 ('48', '221') | 67,774 | 0.1% | 48221 |
|-----|----|--------|------|------------------|--------|------|-------|
| 535 | 4 | 5 AZ | COCONINO | 55 ('04', '005') | 144,472 | 0.0% | 4005 |
| 538 | 48 | 15 TX | AUSTIN | 55 ('48', '015') | 31,677 | 0.2% | 48015 |
| 539 | 48 | 381 TX | RANDALL | 55 ('48', '381') | 148,255 | 0.0% | 48381 |
| 552 | 4 | 7 AZ | GILA | 52 ('04', '007') | 54,003 | 0.1% | 4007 |
| 553 | 4 | 23 AZ | SANTA CRUZ | 52 ('04', '023') | 49,158 | 0.1% | 4023 |
| 554 | 6 | 115 CA | YUBA | 52 ('06', '115') | 85,722 | 0.1% | 6115 |
| 556 | 48 | 227 TX | HOWARD | 52 ('48', '227') | 30,554 | 0.2% | 48227 |
| 562 | 48 | 469 TX | VICTORIA | 51 ('48', '469') | 91,664 | 0.1% | 48469 |
| 586 | 48 | 465 TX | VAL VERDE | 46 ('48', '465') | 47,720 | 0.1% | 48465 |
| 588 | 6 | 79 CA | SAN LUIS OBISPO | 45 ('06', '079') | 281,639 | 0.0% | 6079 |
| 601 | 48 | 187 TX | GUADALUPE | 44 ('48', '187') | 188,454 | 0.0% | 48187 |
| 637 | 48 | 7 TX | ARANSAS | 38 ('48', '007') | 25,374 | 0.1% | 48007 |
| 641 | 48 | 471 TX | WALKER | 37 ('48', '471') | 81,268 | 0.0% | 48471 |
| 648 | 48 | 189 TX | HALE | 36 ('48', '189') | 31,761 | 0.1% | 48189 |
| 649 | 48 | 223 TX | HOPKINS | 36 ('48', '223') | 38,172 | 0.1% | 48223 |
| 657 | 6 | 61 CA | PLACER | 34 ('06', '061') | 423,561 | 0.0% | 6061 |
| 674 | 35 | 43 NM | SANDOVAL | 33 ('35', '043') | 155,936 | 0.0% | 35043 |
| 677 | 48 | 5 TX | ANGELINA | 33 ('48', '005') | 87,319 | 0.0% | 48005 |
| 678 | 48 | 199 TX | HARDIN | 33 ('48', '199') | 58,261 | 0.1% | 48199 |
| 686 | 48 | 361 TX | ORANGE | 32 ('48', '361') | 85,722 | 0.0% | 48361 |
| 725 | 48 | 397 TX | ROCKWALL | 29 ('48', '397') | 131,307 | 0.0% | 48397 |
| 731 | 6 | 33 CA | LAKE | 28 ('06', '033') | 67,878 | 0.0% | 6033 |
| 757 | 48 | 277 TX | LAMAR | 27 ('48', '277') | 51,127 | 0.1% | 48277 |
| 768 | 48 | 323 TX | MAVERICK | 26 ('48', '323') | 57,762 | 0.0% | 48323 |
| 769 | 48 | 497 TX | WISE | 26 ('48', '497') | 78,097 | 0.0% | 48497 |
| 777 | 35 | 45 NM | SAN JUAN | 25 ('35', '045') | 120,675 | 0.0% | 35045 |
| 779 | 6 | 57 CA | NEVADA | 24 ('06', '057') | 102,037 | 0.0% | 6057 |
| 788 | 35 | 27 NM | LINCOLN | 24 ('35', '027') | 20,029 | 0.1% | 35027 |
| 794 | 4 | 3 AZ | COCHISE | 23 ('04', '003') | 124,640 | 0.0% | 4003 |
| 806 | 48 | 265 TX | KERR | 23 ('48', '265') | 53,915 | 0.0% | 48265 |
| 816 | 48 | 53 TX | BURNET | 22 ('48', '053') | 53,991 | 0.0% | 48053 |
| 849 | 48 | 231 TX | HUNT | 20 ('48', '231') | 113,347 | 0.0% | 48231 |
| 850 | 48 | 451 TX | TOM GREEN | 20 ('48', '451') | 119,057 | 0.0% | 48451 |
| 852 | 6 | 7 CA | BUTTE | 19 ('06', '007') | 207,172 | 0.0% | 6007 |
| 863 | 48 | 427 TX | STARR | 19 ('48', '427') | 65,934 | 0.0% | 48427 |
| 880 | 48 | 373 TX | POLK | 18 ('48', '373') | 54,186 | 0.0% | 48373 |
| 882 | 6 | 69 CA | SAN BENITO | 17 ('06', '069') | 68,175 | 0.0% | 6069 |
| 883 | 6 | 113 CA | YOLO | 17 ('06', '113') | 220,544 | 0.0% | 6113 |
| 894 | 48 | 97 TX | COOKE | 17 ('48', '097') | 43,782 | 0.0% | 48097 |
| 895 | 48 | 259 TX | KENDALL | 17 ('48', '259') | 50,537 | 0.0% | 48259 |
| 899 | 6 | 17 CA | EL DORADO | 16 ('06', '017') | 192,215 | 0.0% | 6017 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 911 | 48 | 203 TX | HARRISON | 16 ('48', '203') | 70,895 | 0.0% | 48203 |
| 932 | 48 | 409 TX | SAN PATRICIO | 15 ('48', '409') | 70,660 | 0.0% | 48409 |
| 938 | 4 | 17 AZ | NAVAJO | 14 ('04', '017') | 109,175 | 0.0% | 4017 |
| 939 | 6 | 45 CA | MENDOCINO | 14 ('06', '045') | 89,108 | 0.0% | 6045 |
| 945 | 35 | 61 NM | VALENCIA | 14 ('35', '061') | 79,141 | 0.0% | 35061 |
| 953 | 48 | 185 TX | GRIMES | 14 ('48', '185') | 32,384 | 0.0% | 48185 |
| 954 | 48 | 449 TX | TITUS | 14 ('48', '449') | 31,357 | 0.0% | 48449 |
| 955 | 48 | 463 TX | UVALDE | 14 ('48', '463') | 24,960 | 0.1% | 48463 |
| 977 | 35 | 15 NM | EDDY | 13 ('35', '015') | 60,275 | 0.0% | 35015 |
| 985 | 48 | 171 TX | GILLESPIE | 13 ('48', '171') | 27,733 | 0.0% | 48171 |
| 1009 | 35 | 29 NM | LUNA | 12 ('35', '029') | 25,316 | 0.0% | 35029 |
| 1014 | 48 | 287 TX | LEE | 12 ('48', '287') | 18,240 | 0.1% | 48287 |
| 1015 | 48 | 291 TX | LIBERTY | 12 ('48', '291') | 108,272 | 0.0% | 48291 |
| 1016 | 48 | 401 TX | RUSK | 12 ('48', '401') | 53,079 | 0.0% | 48401 |
| 1020 | 6 | 93 CA | SISKIYOU | 11 ('06', '093') | 42,905 | 0.0% | 6093 |
| 1051 | 48 | 1 TX | ANDERSON | 11 ('48', '001') | 57,736 | 0.0% | 48001 |
| 1052 | 48 | 25 TX | BEE | 11 ('48', '025') | 30,850 | 0.0% | 48025 |
| 1086 | 48 | 57 TX | CALHOUN | 10 ('48', '057') | 19,696 | 0.1% | 48057 |
| 1087 | 48 | 63 TX | CAMP | 10 ('48', '063') | 13,000 | 0.1% | 48063 |
| 1088 | 48 | 217 TX | HILL | 10 ('48', '217') | 38,101 | 0.0% | 48217 |
| 1089 | 48 | 325 TX | MEDINA | 10 ('48', '325') | 54,797 | 0.0% | 48325 |
| 1099 | 4 | 9 AZ | GRAHAM | 9 ('04', '009') | 39,525 | 0.0% | 4009 |
| 1100 | 6 | 109 CA | TUOLUMNE | 9 ('06', '109') | 54,204 | 0.0% | 6109 |
| 1124 | 35 | 35 NM | OTERO | 9 ('35', '035') | 68,835 | 0.0% | 35035 |
| 1135 | 48 | 273 TX | KLEBERG | 9 ('48', '273') | 30,069 | 0.0% | 48273 |
| 1136 | 48 | 347 TX | NACOGDOCHES | 9 ('48', '347') | 65,375 | 0.0% | 48347 |
| 1165 | 35 | 25 NM | LEA | 8 ('35', '025') | 72,101 | 0.0% | 35025 |
| 1178 | 48 | 49 TX | BROWN | 8 ('48', '049') | 38,709 | 0.0% | 48049 |
| 1179 | 48 | 405 TX | SAN AUGUSTINE | 8 ('48', '405') | 7,833 | 0.1% | 48405 |
| 1192 | 6 | 39 CA | MADERA | 7 ('06', '039') | 162,858 | 0.0% | 6039 |
| 1234 | 48 | 99 TX | CORYELL | 7 ('48', '099') | 84,878 | 0.0% | 48099 |
| 1235 | 48 | 477 TX | WASHINGTON | 7 ('48', '477') | 37,007 | 0.0% | 48477 |
| 1244 | 6 | 9 CA | CALAVERAS | 6 ('06', '009') | 46,565 | 0.0% | 6009 |
| 1245 | 6 | 11 CA | COLUSA | 6 ('06', '011') | 22,037 | 0.0% | 6011 |
| 1246 | 6 | 51 CA | MONO | 6 ('06', '051') | 13,066 | 0.0% | 6051 |
| 1299 | 48 | 321 TX | MATAGORDA | 6 ('48', '321') | 36,359 | 0.0% | 48321 |
| 1312 | 6 | 5 CA | AMADOR | 5 ('06', '005') | 41,811 | 0.0% | 6005 |
| 1342 | 35 | 9 NM | CURRY | 5 ('35', '009') | 47,222 | 0.0% | 35009 |
| 1343 | 35 | 17 NM | GRANT | 5 ('35', '017') | 27,472 | 0.0% | 35017 |
| 1364 | 48 | 13 TX | ATASCOSA | 5 ('48', '013') | 51,784 | 0.0% | 48013 |
| 1365 | 48 | 73 TX | CHEROKEE | 5 ('48', '073') | 52,217 | 0.0% | 48073 |
| 1366 | 48 | 123 TX | DE WITT | 5 ('48', '123') | 19,929 | 0.0% | 48123 |

000424

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1367 | 48 | 239 TX | JACKSON | 5 ('48', '239') | 15,221 | 0.0% | 48239 |
| 1368 | 48 | 293 TX | LIMESTONE | 5 ('48', '293') | 22,250 | 0.0% | 48293 |
| 1384 | 6 | 105 CA | TRINITY | 4 ('06', '105') | 15,670 | 0.0% | 6105 |
| 1458 | 48 | 115 TX | DAWSON | 4 ('48', '115') | 12,004 | 0.0% | 48115 |
| 1459 | 48 | 143 TX | ERATH | 4 ('48', '143') | 44,195 | 0.0% | 48143 |
| 1460 | 48 | 149 TX | FAYETTE | 4 ('48', '149') | 25,474 | 0.0% | 48149 |
| 1461 | 48 | 179 TX | GRAY | 4 ('48', '179') | 20,916 | 0.0% | 48179 |
| 1462 | 48 | 255 TX | KARNES | 4 ('48', '255') | 15,018 | 0.0% | 48255 |
| 1463 | 48 | 371 TX | PECOS | 4 ('48', '371') | 14,623 | 0.0% | 48371 |
| 1464 | 48 | 455 TX | TRINITY | 4 ('48', '455') | 14,228 | 0.0% | 48455 |
| 1465 | 48 | 493 TX | WILSON | 4 ('48', '493') | 54,183 | 0.0% | 48493 |
| 1479 | 6 | 21 CA | GLENN | 3 ('06', '021') | 28,129 | 0.0% | 6021 |
| 1574 | 48 | 51 TX | BURLESON | 3 ('48', '051') | 19,475 | 0.0% | 48051 |
| 1575 | 48 | 127 TX | DIMMIT | 3 ('48', '127') | 8,257 | 0.0% | 48127 |
| 1576 | 48 | 163 TX | FRIO | 3 ('48', '163') | 17,987 | 0.0% | 48163 |
| 1577 | 48 | 241 TX | JASPER | 3 ('48', '241') | 32,694 | 0.0% | 48241 |
| 1578 | 48 | 389 TX | REEVES | 3 ('48', '389') | 11,770 | 0.0% | 48389 |
| 1579 | 48 | 415 TX | SCURRY | 3 ('48', '415') | 16,212 | 0.0% | 48415 |
| 1580 | 48 | 505 TX | ZAPATA | 3 ('48', '505') | 13,736 | 0.0% | 48505 |
| 1601 | 6 | 15 CA | DEL NORTE | 2 ('06', '015') | 26,589 | 0.0% | 6015 |
| 1602 | 6 | 63 CA | PLUMAS | 2 ('06', '063') | 19,131 | 0.0% | 6063 |
| 1674 | 35 | 3 NM | CATRON | 2 ('35', '003') | 3,825 | 0.1% | 35003 |
| 1675 | 35 | 53 NM | SOCORRO | 2 ('35', '053') | 15,963 | 0.0% | 35053 |
| 1720 | 48 | 59 TX | CALLAHAN | 2 ('48', '059') | 14,374 | 0.0% | 48059 |
| 1721 | 48 | 225 TX | HOUSTON | 2 ('48', '225') | 22,066 | 0.0% | 48225 |
| 1722 | 48 | 233 TX | HUTCHINSON | 2 ('48', '233') | 20,033 | 0.0% | 48233 |
| 1723 | 48 | 299 TX | LLANO | 2 ('48', '299') | 22,875 | 0.0% | 48299 |
| 1724 | 48 | 341 TX | MOORE | 2 ('48', '341') | 21,190 | 0.0% | 48341 |
| 1725 | 48 | 357 TX | OCHILTREE | 2 ('48', '357') | 9,704 | 0.0% | 48357 |
| 1726 | 48 | 419 TX | SHELBY | 2 ('48', '419') | 24,179 | 0.0% | 48419 |
| 1727 | 48 | 467 TX | VAN ZANDT | 2 ('48', '467') | 64,000 | 0.0% | 48467 |
| 1728 | 48 | 473 TX | WALLER | 2 ('48', '473') | 63,553 | 0.0% | 48473 |
| 1778 | 4 | 11 AZ | GREENLEE | 1 ('04', '011') | 9,369 | 0.0% | 4011 |
| 1779 | 4 | 12 AZ | LA PAZ | 1 ('04', '012') | 16,710 | 0.0% | 4012 |
| 1780 | 6 | 103 CA | TEHAMA | 1 ('06', '103') | 64,896 | 0.0% | 6103 |
| 1909 | 35 | 5 NM | CHAVES | 1 ('35', '005') | 63,561 | 0.0% | 35005 |
| 1910 | 35 | 6 NM | CIBOLA | 1 ('35', '006') | 26,780 | 0.0% | 35006 |
| 1911 | 35 | 47 NM | SAN MIGUEL | 1 ('35', '047') | 26,668 | 0.0% | 35047 |
| 1912 | 35 | 55 NM | TAOS | 1 ('35', '055') | 34,405 | 0.0% | 35055 |
| 1913 | 35 | 57 NM | TORRANCE | 1 ('35', '057') | 15,633 | 0.0% | 35057 |
| 1971 | 48 | 31 TX | BLANCO | 1 ('48', '031') | 13,048 | 0.0% | 48031 |
| 1972 | 48 | 67 TX | CASS | 1 ('48', '067') | 28,659 | 0.0% | 48067 |

| 1973 | 48 | 71 TX | CHAMBERS | 1 ('48', '071') | 53,876 | 0.0% | 48071 |
| 1974 | 48 | 75 TX | CHILDRESS | 1 ('48', '075') | 6,788 | 0.0% | 48075 |
| 1975 | 48 | 77 TX | CLAY | 1 ('48', '077') | 10,738 | 0.0% | 48077 |
| 1976 | 48 | 117 TX | DEAF SMITH | 1 ('48', '117') | 18,347 | 0.0% | 48117 |
| 1977 | 48 | 147 TX | FANNIN | 1 ('48', '147') | 37,571 | 0.0% | 48147 |
| 1978 | 48 | 159 TX | FRANKLIN | 1 ('48', '159') | 10,735 | 0.0% | 48159 |
| 1979 | 48 | 177 TX | GONZALES | 1 ('48', '177') | 19,930 | 0.0% | 48177 |
| 1980 | 48 | 253 TX | JONES | 1 ('48', '253') | 20,381 | 0.0% | 48253 |
| 1981 | 48 | 283 TX | LA SALLE | 1 ('48', '283') | 6,537 | 0.0% | 48283 |
| 1982 | 48 | 281 TX | LAMPASAS | 1 ('48', '281') | 23,262 | 0.0% | 48281 |
| 1983 | 48 | 289 TX | LEON | 1 ('48', '289') | 16,538 | 0.0% | 48289 |
| 1984 | 48 | 313 TX | MADISON | 1 ('48', '313') | 13,742 | 0.0% | 48313 |
| 1985 | 48 | 365 TX | PANOLA | 1 ('48', '365') | 22,838 | 0.0% | 48365 |
| 1986 | 48 | 377 TX | PRESIDIO | 1 ('48', '377') | 5,795 | 0.0% | 48377 |
| 1987 | 48 | 459 TX | UPSHUR | 1 ('48', '459') | 43,281 | 0.0% | 48459 |
| 1988 | 48 | 475 TX | WARD | 1 ('48', '475') | 10,966 | 0.0% | 48475 |
| 1989 | 48 | 489 TX | WILLACY | 1 ('48', '489') | 20,037 | 0.0% | 48489 |
| 1990 | 48 | 503 TX | YOUNG | 1 ('48', '503') | 18,124 | 0.0% | 48503 |

| State | County | Zipcode | Population | CTR_Count | Count per Pop |
|---|---|---|---|---|---|
| CA | IMPERIAL | 92231 | 39542 | 1570 | 3.97% |
| CA | IMPERIAL | 92243 | 49149 | 82 | 0.17% |
| CA | IMPERIAL | 92249 | 6975 | 43 | 0.62% |
| CA | IMPERIAL | 92227 | 27492 | 42 | 0.15% |
| CA | IMPERIAL | 92233 | 7019 | 13 | 0.19% |
| CA | IMPERIAL | 92283 | 2695 | 13 | 0.48% |
| CA | IMPERIAL | 92281 | 2122 | 11 | 0.52% |
| CA | IMPERIAL | 92251 | 25851 | 6 | 0.02% |
| CA | IMPERIAL | 92273 | 1694 | 4 | 0.24% |
| CA | IMPERIAL | 92250 | 7883 | 1 | 0.01% |

000427

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



# SW Border CTR Dashboard / Jan 1, 2022 - Jun 30, 2022

*Financial Crimes Enforcement Network / Intelligence Division*

The SW Border region is considered a higher-risk area for money laundering and other illicit activity given the geographic proximity to Mexico and Mexican transnational criminal organizations (TCOs) frequent use of bulk cash smuggling to benefit accounts along the SW Border.' From January 1, 2022 to June 30, 2022, FinCEN received 3,011 million CTR filings on transactional locations in branches along the SW Border accounting for 26 percent of all CTR filings across the country. This report provides a statistical snapshot of Currency Transaction Reports (CTRs) filed on financial institution transactional locations within California, Arizona, New Mexico, and Texas and 23 border counties, including summarizing the count of filings and total cash-in or cash-out of individual transactions.



## SW Border CTR Count by Transaction Location State
California represented 53 percent of all SW Border CTR filings.



## SW Border States and Counties

| CALIFORNIA | ARIZONA | NEW MEXICO | TEXAS * |
|---|---|---|---|
| IMPERIAL<br>SAN DIEGO | COCHISE<br>PIMA<br>SANTA CRUZ<br>YUMA | DONA ANA<br>HIDALGO<br>LUNA | BREWSTER<br>CAMERON<br>EL PASO<br>HIDALGO |

| | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | TOTAL |
|---|---|---|---|---|---|---|---|
| California | 237,873 | 244,285 | 293,934 | 275,932 | 282,395 | 275,095 | 1,609,514 |
| Texas | 154,956 | 155,104 | 201,156 | 187,641 | 192,304 | 183,013 | 1,074,174 |
| Arizona | 36,654 | 39,308 | 48,791 | 44,026 | 43,504 | 40,602 | 252,885 |
| New Mexico | 10,606 | 10,968 | 13,959 | 12,939 | 13,327 | 12,873 | 74,672 |
| **Total** | **440,089** | **449,665** | **557,840** | **520,538** | **531,530** | **511,583** | **3,011,245** |

*Also Includes Counties: Hudspeth, Jeff Davis, Kinney, Maverick, Presidio, Starr, Terrell, Val Verde, Webb, Zapata.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

000428

# SW Border CTR Spotlight/ Jan 1, 2022 - Jun 30, 2022

## *CALIFORNIA Counties: Imperial and San Diego*

**California:**
1,609,514 CTRs filed

**SW Border Counties:**
187,978 CTRs filed

**CTR Count by Transaction Location County**
Border counties represented 12 percent of all California filings.

**Cash-In by Transaction Location County**
Border counties represented 14 percent of all cash-in.

**Cash-Out by Transaction Location County**
Border counties represented 16 percent of all cash-out.

# SW Border CTR Spotlight/ Jan 1, 2022 - Jun 30, 2022

## ARIZONA Counties: Cochise, Pima, Santa Cruz, Yuma



Arizona:
252,885 CTRs filed

SW Border Counties:
57,488 CTRs filed

13K
36K
3K
4K



**CTR Count by Transaction Location County**
Border counties represented 23 percent of all Arizona filings.



**Cash-In by Transaction Location County**
Border counties represented 10 percent of all cash-in.



**Cash-Out by Transaction Location County**
Border counties represented 11 percent of all cash-out.

# SW Border CTR Spotlight/ Jan 1, 2022 - Jun 30, 2022

## NEW MEXICO Counties: Dona Ana, Hidalgo, Luna



New Mexico:
74,672 CTRs filed

SW Border Counties:
12,124 CTRs filed



**CTR Count by Transaction Location County**
Border counties represented 16 percent of all New Mexico filings.



**Cash-In by Transaction Location County**
Border counties represented 5 percent of all cash-in.



**Cash-Out by Transaction Location County**
Border counties represented 4 percent of all cash-out.

# SW Border CTR Spotlight/ Jan 1, 2022 - Jun 30, 2022

## *TEXAS Counties: Brewster, Cameron, El Paso, Hidalgo, Hudspeth, Jeff Davis, Kinney, Maverick, Presidio, Starr, Terrell, Val Verde, Webb, Zapata*









UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

# SW Border CTR Spotlight/ Jan 1, 2022 - Jun 30, 2022

**Scope and Methodology:** The SW Border between the United States and Mexico covers 1,954 miles with 24 official ports of entry, and consists of 23 border counties in California, Arizona, New Mexico, and Texas. These border counties are identified in Currency Transaction Report (CTR) Form 112 filings by the zip code provided by the filing institution and constitute the "SW Border counties."

FinCEN CTR metrics were calculated using the Southwest Border states (California, Arizona, New Mexico, and Texas) listed in Part III Transaction Location field 35 "State" and selected SW Border counties which are defined by the zip codes reported in field 36 "Zip Code." Aggregated counts of total cash-in or cash-out transactions were derived from field 41 "Cash in amount for transaction location" and field 42 "Cash out amount for transaction location." Metrics are based on CTR data provided by financial institutions that may contain filer input errors.

**Warning Regarding Use and Dissemination:** The information in this document is to be used for lead purposes only. This document contains information that is protected from unauthorized disclosure by the Bank Secrecy Act ("BSA") and other laws. Unauthorized release of information contained in this document is unlawful and may result in criminal, civil, or disciplinary sanctions under the BSA and other laws, and the loss of access to information. The information may not be released, disseminated, disclosed, or transmitted outside your organization without the prior, written approval of FinCEN.

---

1 "Transnational Criminal Organizations Continue to Funnel Cash to Southwest Border, Send Wire Transfers to Mexico," FinCEN Intelligence Assessment #301954, 10 August 2021.

**UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE NOFORN**
**CONTAINS BSA INFORMATION**

### (U) Warning Regarding Use and Dissemination

(U) This product contains information collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. 31 U.S.C. § 5311, et seq.; 31 CFR Chapter X. The information may be used only for a purpose consistent with the BSA: (1) furthering a criminal, tax, regulatory investigation or proceeding, or risk assessments; (2) conducting of intelligence or counterintelligence activities, including analysis, to protect against terrorism; (3) facilitating the tracking of money that has been sourced from or may be used to promote criminal or terrorist activity; (4) to assess the money laundering, terrorism finance, tax evasion and fraud risks to financial institutions, products, or services to protect the U.S. financial system from abuse and/or to safeguard the national security of the United States. 31 U.S.C. § 5311. This information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Financial Crimes Enforcement Network.

(U) The unauthorized disclosure of Suspicious Activity Reports (SARs), a type of BSA Information, is a violation of federal law subject to both criminal and civil penalties. 31 U.S.C. §§ 5321-22; 31 CFR §§ 1010.820, 1010.840. Such reports, or the fact they have been filed, may not be disclosed to any person by any government officer, employee, or contractor except for official purposes. 31 U.S.C. § 5318(g)(2)(ii); 31 CFR § 1020.320(e).



**July 1, 2024 - December 31, 2024**
Draft

Retrieved the Currency Transaction Reports (CTRs) where the Org Type Text (Industry) - Part III, field 38 is Money Services Business (MSB) between July 1, 2024 through December 31, 2024 to identify filings for the SW Border State of Texas counties, totaling **8,175**. Note: These are *initial filings* only and are identified by the *Filing Received Date*.

Texas Counties Searched:



Brewster -
El Paso
Hudspeth
Kinney -
Presidio-
Val Verde
Zapata

Cameron
Hidalgo
Jeff Davis-
Maverick
Starr
Webb

*Table 1: MSB Loc Counts Texas Counties* - Data table consisting of CTR counts where the location financial institution (Part III, field 30) is identified with the Org Type Text (Type of financial institution) - Part III, field 38 as a Money Services Business (MSB) broken down by county and month.

*Table 2: MSBs Location by Names* - Data table consisting of MSBs full name (Part III, field 30) and TIN (Part III, field 32) broken down by county.

000435

**Texas SW Border Counties**
July 1, 2024 - December 31, 2024

| Texas Counties | July | August | September | October | November | December | Grand Total |
|---|---|---|---|---|---|---|---|
| CAMERON | 249 | 192 | 143 | 40 | 47 | 50 | 721 |
| EL PASO | 1,008 | 1,010 | 912 | 797 | 733 | 828 | 5,288 |
| HIDALGO | 235 | 184 | 182 | 185 | 160 | 204 | 1,150 |
| MAVERICK | 6 | 2 | 1 | 2 | | 3 | 14 |
| STARR | 1 | 1 | 2 | 3 | 1 | 2 | 10 |
| VAL VERDE | 1 | 1 | 3 | 1 | 1 | 1 | 8 |
| WEBB | 232 | 135 | 136 | 167 | 141 | 171 | 982 |
| ZAPATA | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| **Grand Total** | **1,734** | **1,525** | **1,379** | **1,195** | **1,083** | **1,259** | **8,175** |

000436

**Texas SW Border Counties - MSB Party Full Name**
July 1, 2024 - December 31, 2024

| County | Legal Party Full Name (Part III, field 30) | TIN (Part III, field 32) | Count |
|---|---|---|---|
| CAMERON | | | 299 |
| | | | 230 |
| | | | 63 |
| | | | 34 |
| | | | 23 |
| | | | 19 |
| | | | 17 |
| | | | 8 |
| | | | 7 |
| | | | 6 |
| | | | 4 |
| | | | 4 |
| | | | 3 |
| | | | 2 |
| | | | 2 |
| | | | 2 |
| | | | 2 |
| | | | 2 |
| | | | 1 |
| | | | 1 |
| | | | 1 |
| | | | 1 |
| | | | 1 |
| | | | 1 |
| | | | 1 |
| | | | 1 |
| | | | 1 |
| EL PASO | | | 1,544 |
| | | | 896 |
| | | | 826 |
| | | | 671 |
| | | | 404 |
| | | | 172 |
| | | | 127 |
| | | | 103 |
| | | | 93 |
| | | | 85 |

Count of BSA IDs for the MSBs full name (Part III, field 30)and TIN (Part III, field 32) between July 1, 2024 and December 31, 2024.

000437

| | |
|---|---|
| | 74 |
| | 63 |
| | 57 |
| | 42 |
| | 41 |
| | 33 |
| | 24 |
| | 23 |
| | 20 |
| | 13 |
| | 13 |
| | 12 |
| | 8 |
| | 7 |
| | 7 |
| | 7 |
| | 6 |
| | 4 |
| | 4 |
| | 3 |
| | 3 |
| | 3 |
| | 3 |
| | 2 |
| | 2 |
| | 1 |
| | 1 |
| | 1 |
| | 1 |
| | 1 |
| | 1 |
| | 1 |
| | 1 |
| | 1 |
| | 1 |
| HIDALGO | 465 |
| | 196 |
| | 80 |

000438



| | | 76 |
| | | 58 |
| | | 39 |
| | | 37 |
| | | 31 |
| | | 27 |
| | | 20 |
| | | 18 |
| | | 16 |
| | | 11 |
| | | 11 |
| | | 9 |
| | | 8 |
| | | 8 |
| | | 6 |
| | | 6 |
| | | 5 |
| | | 5 |
| | | 4 |
| | | 4 |
| | | 4 |
| | | 3 |
| | | 3 |
| | | 3 |
| | | 2 |
| | | 2 |
| | | 2 |
| | | 2 |
| | | 1 |
| | | 1 |
| | | 1 |
| | | 1 |
| | | 1 |
| | | 1 |
| | | 1 |
| | | 1 |
| MAVERICK | | 4 |
| | | 3 |
| | | 2 |

| | Value |
|---|---:|
| | 1 |
| | 1 |
| | 1 |
| | 1 |
| | 1 |
| | 1 |
| STARR | 3 |
| | 3 |
| | 3 |
| | 1 |
| VAL VERDE | 6 |
| | 1 |
| | 1 |
| WEBB | 177 |
| | 101 |
| | 100 |
| | 87 |
| | 84 |
| | 74 |
| | 73 |
| | 59 |
| | 53 |
| | 49 |
| | 45 |
| | 44 |
| | 35 |
| | 26 |
| | 16 |
| | 13 |
| | 12 |
| | 7 |
| | 6 |
| | 5 |
| | 5 |
| | 5 |
| | 4 |
| | 3 |
| | 2 |
| | 1 |

| | | | | |
|---|---|---|---|---|
| | ███████ | | ████ | 1 |
| | █████ | | ████ | 1 |
| | ████████ | | ████ | 1 |
| | █████ | | ████ | 1 |
| ZAPATA | ██████████ | | ████ | 2 |
| Grand Total | | | | 8,440 |

000441

| like y | st_cd | cty_nm | short_zip | count | NOTES |
|---|---|---|---|---|---|
| 6 | CA | SAN DIEGO | 92154 | 3894 | BORDER |
| 19 | CA | SAN DIEGO | 92126 | 2124 | North of SD - Brinks |
| 35 | TX | EL PASO | 79903 | 1467 | Border basically |
| 39 | CA | SAN DIEGO | 92173 | 1405 | Border |
| 46 | TX | EL PASO | 79905 | 1286 | Border |
| 63 | CA | SAN DIEGO | 92101 | 1072 | North of SD |
| 84 | TX | EL PASO | 79935 | 828 | ? E of El Paso |
| 86 | CA | SAN DIEGO | 92117 | 786 | |
| 92 | CA | SAN DIEGO | 91910 | 730 | |
| 96 | CA | IMPERIAL | 92231 | 689 | |
| 144 | CA | SAN DIEGO | 92025 | 427 | |
| 146 | CA | SAN DIEGO | 92113 | 403 | |
| 150 | TX | WEBB | 78040 | 379 | Border |
| 161 | TX | WEBB | 78041 | 329 | Border |
| 168 | TX | EL PASO | 79907 | 316 | |
| 186 | TX | WEBB | 78045 | 268 | Border |
| 187 | TX | EL PASO | 79912 | 267 | |
| 190 | TX | EL PASO | 79938 | 262 | |
| 198 | TX | EL PASO | 79901 | 249 | |
| 205 | CA | SAN DIEGO | 91911 | 234 | |
| 209 | TX | EL PASO | 79936 | 228 | |
| 214 | TX | EL PASO | 79925 | 219 | |
| 227 | TX | WEBB | 78043 | 205 | |
| 237 | TX | EL PASO | 79902 | 193 | |
| 246 | CA | SAN DIEGO | 92105 | 172 | |
| 249 | TX | WEBB | 78046 | 168 | |
| 264 | CA | SAN DIEGO | 92083 | 142 | |
| 269 | CA | SAN DIEGO | 92028 | 140 | |
| 278 | CA | SAN DIEGO | 92021 | 133 | |
| 298 | CA | SAN DIEGO | 92084 | 115 | |
| 299 | TX | EL PASO | 79915 | 113 | |
| 304 | TX | EL PASO | 79924 | 110 | |
| 310 | CA | SAN DIEGO | 91980 | 107 | |
| 311 | TX | EL PASO | 79927 | 106 | |
| 312 | CA | SAN DIEGO | 91945 | 106 | |
| 403 | CA | SAN DIEGO | 91950 | 57 | |
| 411 | CA | SAN DIEGO | 92115 | 54 | |
| 412 | CA | SAN DIEGO | 91942 | 54 | |
| 432 | CA | SAN DIEGO | 91915 | 49 | |
| 453 | CA | SAN DIEGO | 92054 | 40 | |
| 457 | CA | SAN DIEGO | 92104 | 40 | |
| 523 | TX | EL PASO | 79932 | 28 | |
| 530 | CA | SAN DIEGO | 92111 | 27 | |
| 531 | TX | EL PASO | 79929 | 27 | |
| 539 | CA | SAN DIEGO | 92071 | 26 | |
| 553 | CA | IMPERIAL | 92227 | 25 | |

| 583 TX | EL PASO | 79928 | 22 |
|---|---|---|---|
| 603 CA | SAN DIEGO | 92123 | 19 |
| 604 CA | SAN DIEGO | 92027 | 19 |
| 611 CA | SAN DIEGO | 92108 | 19 |
| 657 CA | SAN DIEGO | 92069 | 15 |
| 701 CA | SAN DIEGO | 92064 | 13 |
| 722 CA | SAN DIEGO | 92020 | 12 |
| 733 CA | SAN DIEGO | 92120 | 11 |
| 783 CA | SAN DIEGO | 92058 | 9 |
| 839 CA | SAN DIEGO | 91977 | 8 |
| 845 CA | SAN DIEGO | 92026 | 8 |
| 851 TX | EL PASO | 79849 | 7 |
| 854 TX | EL PASO | 79838 | 7 |
| 885 CA | SAN DIEGO | 92078 | 7 |
| 908 CA | SAN DIEGO | 92024 | 6 |
| 928 CA | SAN DIEGO | 91932 | 6 |
| 1002 CA | SAN DIEGO | 92056 | 5 |
| 1083 CA | SAN DIEGO | 92121 | 3 |
| 1088 TX | EL PASO | 79904 | 3 |
| 1103 CA | IMPERIAL | 92243 | 3 |
| 1160 CA | SAN DIEGO | 92057 | 3 |
| 1169 CA | SAN DIEGO | 92081 | 2 |
| 1175 CA | SAN DIEGO | 91902 | 2 |
| 1207 CA | SAN DIEGO | 92103 | 2 |
| 1248 CA | SAN DIEGO | 92119 | 2 |
| 1260 CA | SAN DIEGO | 92128 | 2 |
| 1329 CA | SAN DIEGO | 92109 | 2 |
| 1409 CA | SAN DIEGO | 92011 | 1 |
| 1410 CA | SAN DIEGO | 92019 | 1 |
| 1411 CA | SAN DIEGO | 92029 | 1 |
| 1412 CA | SAN DIEGO | 92037 | 1 |
| 1413 CA | SAN DIEGO | 92040 | 1 |
| 1414 CA | SAN DIEGO | 92116 | 1 |
| 1432 CA | SAN DIEGO | 92131 | 1 |
| 1471 CA | IMPERIAL | 92249 | 1 |

000443