UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, Jr., <br><br>　　*Plaintiffs*, <br><br> v. <br><br> PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; SCOTT BESSENT, SECRETARY OF THE TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, DIRECTOR OF THE FINANCIAL CRIMES ENFORCEMENT NETWORK; and FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br>　　*Defendants*. | Civil Case No. 5:25-cv-00344-FB |

**[PROPOSED] ORDER SETTING A BREIFING SCHEDULE**

　　This matter comes before the Court on the parties' Joint Motion to Set a Briefing Schedule. The Court has reviewed the motion and finds that it should be GRANTED.

　　Accordingly, it is hereby ORDERED that the hearing on the motion for a preliminary injunction shall be held on May 12, 2025, and commence at 9:00 a.m. The Court orders the

following briefing schedule on Plaintiffs' Opposed Motion for a Preliminary Injunction:

- May 1, 2025: Defendants will file response to Plaintiffs' Motion for a Preliminary Injunction;

- May 7, 2025: Plaintiffs will file reply memorandum;

- May 8, 2025: Parties to disclose witnesses by noon (central);

- May 12: Hearing.

SIGNED this _____ day of April, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE