IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, JR., <br><br>*Plaintiffs*, <br><br>V. <br><br>PAM BONDI, Attorney General of the United States; SCOTT BESSENT, Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. SA-25-CA-00344-FB |

**ORDER SETTING BRIEFING SCHEDULE AND HEARING
ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Now that Defendants have filed the administrative record, the Court finds it appropriate to enter a briefing schedule and set this matter for a hearing on Plaintiffs' motion for preliminary injunction.

IT IS THEREFORE ORDERED that Defendants shall file their response to Plaintiffs' motion for preliminary injunction on or before **May 1, 2025**.

-2-

IT IS FURTHER ORDERED that the Plaintiffs shall file their reply on or before **May 5, 2025**.

IT IS FURTHER ORDERED that the parties shall disclose their preliminary injunction witnesses on or before **May 6, 2025.**

IT IS FINALLY ORDERED that this case is set for a hearing on Plaintiffs' motion for preliminary injunction at **8:30 a.m.** on **May 12-13, May 15-16, and May 19**, **2025**, if necessary, in Courtroom G of the United States Courthouse, 262 W. Nueva St., San Antonio, Texas, 78207.

It is so ORDERED.

SIGNED this 28th day of April, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE