IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASS'N FOR MONEY SERVICES BUSINESSES (TAMSB), *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PAM BONDI, in her official capacity as Attorney General; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, in her official capacity as the Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>    *Defendants*. | Civil Action No. 25-cv-344-FB |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule CV-7(B), Defendants respectfully submit this unopposed motion for leave to file a 30-page Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction. Undersigned counsel has conferred with Plaintiffs' counsel, who confirmed that Plaintiffs do not oppose this request. (Undersigned counsel has further consented to Plaintiffs' request that they be permitted to file a 20-page reply memorandum.)

Local Rule CV-7(C) specifies a 20-page limit for responses to motions other than discovery or case management motions. Defendants respectfully request an additional ten pages to adequately address the numerous issues raised in Plaintiffs' motion—which include likelihood of merits success on several distinct claims and the four factors governing the availability of preliminary injunctive relief.

1

Consistent with Local Rule CV-7.B., Defendants attach an executed copy of the proposed Response (and accompanying exhibits).

Defendants respectfully request that the Court grant this unopposed motion for leave to file excess pages.

Dated: May 1, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Director, Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
c/o U.S. Attorney's Office for EDNC
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Tel.: 919-856-4013
Email: amy.powell@usdoj.gov
Counsel for Defendants