IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASS'N FOR MONEY SERVICES BUSINESSES (TAMSB), *et al.*,<br><br>　*Plaintiffs*,<br><br>　　　　　　v.<br><br>PAM BONDI, in her official capacity as Attorney General; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, in her official capacity as the Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>　*Defendants*. | Civil Action No. 25-cv-344-FB |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

　　　　Before the Court is Defendants' Unopposed Motion for Leave to File Excess Pages, seeking to file a proposed brief that is approximately ten pages in excess of the 20-page limit. The Court finds good cause for granting leave. IT IS THEREFORE ORDERED that Defendants' Unopposed Motion for Leave to File Excess Pages is GRANTED. The Clerk of Court shall file the Defendants' Proposed Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction.

IT IS SO ORDERED.

DATED: May ____, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　FRED BIERY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE