# Exhibit 2

| Home | Step 1. Filing Institution Contact Information | Step 2. Transaction Location(s) Information | Step 3. Person(s) Involved Information | Step 4. Amount and Type of Transaction(s) |
|---|---|---|---|---|



# Currency Transaction Report

OMB No. 1506-0004, OMB No. 1506-0005, OMB No. 1506-0064

Version Number: 1.3

## Steps to Submit

1. Complete the report in its entirety with all requested or required data known to the filer.
2. Click "Validate" to ensure proper formatting and that all required fields are completed.
3. Sign with PIN.
4. Click "Save"; filers may also "Print" a paper copy for their records.
5. Click "Submit".

**Filing Name**: [        ]

**\*1 Type of filing**:  ☐ Initial report   ☐ Correct/amend prior report   ☐ FinCEN directed Backfiling

**Prior report BSA Identifier**: [        ]

[ Save ]   [ Validate ]   [ Submit ]   [ Print ]

By providing my PIN, I acknowledge that I am electronically signing the BSA report submitted.

[ Sign with PIN ]   **This PDF is intended for testing purpose only. Please do not use it in a production environment.**

Release Date: 04/29/2020

**PAPERWORK REDUCTION ACT NOTICE**

Public reporting and recordkeeping burden for this collection of information is estimated to average 40 minutes per response. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information to the Department of Treasury, Financial Crimes Enforcement Network, PO Box 39, Vienna, VA 22183.

Currency Transaction Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Transaction Location(s) Information | Step 3. Person(s) Involved Information | Step 4. Amount and Type of Transaction(s) |

## Part IV Filing Institution Contact Information

*52  Type of financial institution  [  ]

       Other (specify)  [  ]

*43  Primary federal regulator  [  ]

53  If 52a - Casino/Card Club is checked, indicate type (check only one)

☐ State licensed casino    ☐ Tribal authorized casino    ☐ Card club    ☐ Other   [  ]

*44  Legal name of filing institution  [  ]

45  Alternate name, e.g. trade name, DBA  [  ]

*46  EIN  [  ]

*47  Address  [  ]

*48  City  [  ]

*49  State  [  ]

*50  ZIP Code  [  ]

*51  Country  [  ]

54  Filing institution ID type  [  ]

     ID number  [  ]

*55  Contact office  [  ]

*56  Phone number  [  ]    Ext.  [  ]

*57  Date filed  [  ]   (Date filed will be auto-populated when the form is signed.)

Currency Transaction Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Transaction Location(s) Information | Step 3. Person(s) Involved Information | Step 4. Amount and Type of Transaction(s) |
|---|---|---|---|---|

**Part III Transaction Location** 1 of 1  ⊕ ⊖

Would you like to insert all applicable filing institution information into Part III? **Yes**

*38  Type of financial institution  [                    ]

   Other (specify)  [                    ]

*29  Primary federal regulator  [                    ]

39  If 38a - Casino/Card Club is checked, indicate type (check only one)

   ☐ State licensed casino   ☐ Tribal authorized casino   ☐ Card club   ☐ Other  [                    ]

*30  Legal name of financial institution  [                    ]

31  Alternate name, e.g. trade name, DBA  [                    ]

*32  EIN  ☐ Unknown  [          ]

*33  Address  [                    ]

*34  City  [                    ]

*35  State  [                    ]

*36  ZIP Code  [      ]

*37  Country  [                    ]

40  Financial institution ID type  [                    ]

   ID number  [          ]

*41  Cash in amount for transaction location  [          ]

*42  Cash out amount for transaction location  [          ]

# Currency Transaction Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Transaction Location(s) Information | Step 3. Person(s) Involved Information | Step 4. Amount and Type of Transaction(s) |

**Part I Person Involved in Transaction(s)** 1 of 1 ⊕ ⊖

*2 a ☐ Person conducting transaction on own behalf   b ☐ Person conducting transaction for another   c ☐ Person on whose behalf transaction was conducted   d ☐ Common carrier

3 ☐ Multiple transactions

Check ☐ If entity

*4 Individual's last name or entity's legal name   ☐ Unknown   [                    ]

*5 First name   ☐ Unknown   [                    ]

6 Middle name   [                    ]

Suffix   [                    ]

7 Gender   [      ▼]

8 Alternate name   [                    ]

9 Occupation or type of business   [                    ]

9a NAICS Code   [                    ▼]

*10 Address   ☐ Unknown   [                    ]

*11 City   ☐ Unknown   [                    ]

*12 State   ☐ Unknown   [        ▼]   *13 ZIP/Postal Code   ☐ Unknown   [        ]

*14 Country   ☐ Unknown   [        ▼]

*15 TIN   ☐ Unknown   [                    ]   16 TIN type   [      ▼]

*17 Date of birth   ☐ Unknown   [                    ]

18 Contact phone number   [                    ]   Ext.   [        ]

19 E-mail address   [                    ]

*20 Form of identification used to verify identity   ☐ Unknown

☐ Driver's license/State ID   ☐ Passport   ☐ Alien Registration   ☐ Other   [                    ]

Number [                    ]   Country [                    ▼]   Issuing State [                    ▼]

21 Cash in amount for individual or entity listed in Item 4   $ [                    ]

Account number [                    ]   ⊕ ⊖

22 Cash out amount for individual or entity listed in Item 4   $ [                    ]

Account number [                    ]   ⊕ ⊖

Currency Transaction Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Transaction Location(s) Information | Step 3. Person(s) Involved Information | Step 4. Amount and Type of Transaction(s) |

**Part II Amount and Type of Transaction(s). Check all boxes that apply.**

*23 Date of transaction [          ]

24 ☐ Armored car (FI Contract)  ☐ ATM  ☐ Mail deposit or shipment  ☐ Night deposit  ☐ Aggregated transactions  ☐ Shared branching

*25 CASH IN: (in U.S. dollar equivalent)

- a  Deposit(s)  $ _____ .00
- b  Payment(s)  _____ .00
- c  Currency received for funds transfer(s) out  _____ .00
- d  Purchase of negotiable instrument(s)  _____ .00
- e  Currency exchange(s)  _____ .00
- f  Currency to prepaid access  _____ .00
- g  Purchases of casinos chips, tokens and other gaming instruments  _____ .00
- h  Currency wager(s) including money plays  _____ .00
- i  Bills inserted into gaming devices  _____ .00
- z  Other (specify): _____  _____ .00

Total cash in  $ _____ .00

*27 CASH OUT: (in U.S. dollar equivalent)

- a  Withdrawal(s)  $ _____ .00
- b  Advance(s) on credit (including markers)  _____ .00
- c  Currency paid from funds transfer(s) in  _____ .00
- d  Negotiable instrument(s) cashed  _____ .00
- e  Currency exchange(s)  _____ .00
- f  Currency from prepaid access  _____ .00
- g  Redemption(s) of casino chips, tokens, TITO tickets and other gaming instruments  _____ .00
- h  Payment(s) on wager(s) (including race and OTB or sports pool)  _____ .00
- i  Travel and complimentary expenses and book gaming incentives  _____ .00
- j  Payment for tournament, contest or other promotions  _____ .00
- z  Other (specify): _____  _____ .00

Total cash out  $ _____ .00

26 Foreign cash in _____   Foreign Country [          ]  ⊕ ⊖

28 Foreign cash out _____   Foreign Country [          ]  ⊕ ⊖