CAUSE NO. 5:25-cv-00344-FB

| | | |
|---|---|---|
| Texas Association of Money Services Businesses | § § | UNITED STATES DISTRICT COURT |
| Plaintiff, | § | |
| VS. | § § | FOR THE WESTERN DISTRICT |
| Pam Bondi, United States Attorney General, et al. | § | |
| Defendant. | § | OF TEXAS |

## AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **Myranda Marin** who, being by me duly sworn, deposed and said:

"The following came to hand on **May 2, 2025, 12:13 pm**,

SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' OPPOSED MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF ARNOLDO GONZALEZ, JR., DECLARATION OF PRESIDENT OF SAN ISIDRO MULTI-SERVICES, INC., DECLARATION OF MARIO A. REGALADO OWNER OF BORDER INTERNATIONAL SERVICES, DECLARATION OF MIGUEL A. ESPINOZA OWNER OF ESPRO INVESTMENTS LLC D/B/A LONE STAR MONEY EXCHANGE, DECLARATION OF MIGUEL A. REGALADO PRINCIPLE OF BEST RATE EXCHANGE, DECLARATION OF RICARDO GRANADO PRESIDENT OF TEMEX MONEY EXCHANGE, DECLARATION OF XAVIER GUERRA PRESIDENT OF REYNOSA CASA DE CAMBIO, INC., DECLARATION OF ELIZABETH L. SANZ, EXHIBIT A, EXHIBIT B, EXHIBIT C, [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, ,

and was executed on **Fri, May 02 2025** by mailing to **Pam Bondi, Attorney General of the United States** at 950 PENNSYLVANIA AVENUE NORTHWEST, WASHINGTON, DC 20530, by regular mail and by Certified Mail, Return Receipt Requested, Receipt No. **9210890347375200289924**, a true copy of this citation.

The regular mail envelope **was not** returned. PS Form 3811 was returned on **May 5th, 2025 at 6:02 am** having been **signed on date** and is attached hereto.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Myranda Marin
Certification Number: PSC-12685
Certification Expiration: 06/30/2026

BEFORE ME, a Notary Public, on this day personally appeared **Myranda Marin**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON May 5, 2025

ELIZABETH GUZMAN
Notary Public, State of Texas
Comm. Expires 05-27-2025
Notary ID 133125900

Notary Public, State of Texas


UNITED STATES
POSTAL SERVICE

May 5, 2025

Dear Myranda Marin:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9210 8903 4737 5200 2899 24.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | May 5, 2025, 6:02 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | Pam Bondi  Attorney General of the United States |
| **Actual Recipient Name:** | A OWEN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

**Weight:** 12.0oz

## Recipient Signature

**Signature of Recipient:** [signature]

**Address of Recipient:** [address image]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004