CAUSE NO. 5:25-cv-00344-FB

| | | |
|---|---|---|
| Texas Association of Money Services Businesses § | | UNITED STATES DISTRICT COURT |
| § | | |
| Plaintiff, § | | |
| VS. § | | FOR THE WESTERN DISTRICT |
| § | | |
| Pam Bondi, United States Attorney General, et al. § | | |
| Defendant. § | | OF TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Michael Garcia** who, being by me duly sworn, deposed and said:

"The following came to hand on **May 2, 2025, 12:13 pm,**

SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' OPPOSED MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF ARNOLDO GONZALEZ, JR., DECLARATION OF PRESIDENT OF SAN ISIDRO MULTI-SERVICES, INC., DECLARATION OF MARIO A. REGALADO OWNER OF BORDER INTERNATIONAL SERVICES, DECLARATION OF MIGUEL A. ESPINOZA OWNER OF ESPRO INVESTMENTS LLC D/B/A LONE STAR MONEY EXCHANGE, DECLARATION OF MIGUEL A. REGALADO PRINCIPLE OF BEST RATE EXCHANGE, DECLARATION OF RICARDO GRANADO PRESIDENT OF TEMEX MONEY EXCHANGE, DECLARATION OF XAVIER GUERRA PRESIDENT OF REYNOSA CASA DE CAMBIO, INC., DECLARATION OF ELIZABETH L. SANZ, EXHIBIT A, EXHIBIT B, EXHIBIT C, [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, ,

and was executed at **601 NORTHWEST LOOP 410, SAN ANTONIO, TX 78216** within the county of **BEXAR** at **02:05 PM** on **Fri, May 02 2025**, by delivering a true copy to the within named

THE DEPARTMENT OF THE TREASURY, BY AND THROUGH,
MARGARET LEACHMAN, ACTING U.S. ATTORNEY FOR THE WESTERN DISTRICT OF TEXAS
BY SERVING CIVIL PROCESS CLERK, ERICA BANDA

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Michael Garcia
Certification Number: PSC-20684
Certification Expiration: 12/31/2025

BEFORE ME, a Notary Public, on this day personally appeared **Michael Garcia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON  5/5/2025

MYRANDA MARIN
Notary Public, State of Texas
Comm. Expires 01-24-2029
Notary ID 130976185

_____
Notary Public, State of Texas

CAUSE NO. 5:25-cv-00344-FB

| | | |
|---|---|---|
| Texas Association of Money Services Businesses | § § § | UNITED STATES DISTRICT COURT |
| Plaintiff, | § | |
| VS. | § § | FOR THE WESTERN DISTRICT |
| Pam Bondi, United States Attorney General, et al. | § | |
| Defendant. | § | OF TEXAS |

### AFFIDAVIT OF SERVICE

On this day personally appeared **Michael Garcia** who, being by me duly sworn, deposed and said:

"The following came to hand on **May 2, 2025, 12:13 pm,**

SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' OPPOSED MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF ARNOLDO GONZALEZ, JR., DECLARATION OF PRESIDENT OF SAN ISIDRO MULTI-SERVICES, INC., DECLARATION OF MARIO A. REGALADO OWNER OF BORDER INTERNATIONAL SERVICES, DECLARATION OF MIGUEL A. ESPINOZA OWNER OF ESPRO INVESTMENTS LLC D/B/A LONE STAR MONEY EXCHANGE, DECLARATION OF MIGUEL A. REGALADO PRINCIPLE OF BEST RATE EXCHANGE, DECLARATION OF RICARDO GRANADO PRESIDENT OF TEMEX MONEY EXCHANGE, DECLARATION OF XAVIER GUERRA PRESIDENT OF REYNOSA CASA DE CAMBIO, INC., DECLARATION OF ELIZABETH L. SANZ, EXHIBIT A, EXHIBIT B, EXHIBIT C, [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, ,

and was executed at **601 NORTHWEST LOOP 410, SAN ANTONIO, TX 78216** within the county of **BEXAR** at **02:05 PM** on **Fri, May 02 2025**, by delivering a true copy to the within named

PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES, BY AND THROUGH,
MARGARET LEACHMAN, ACTING U.S. ATTORNEY FOR THE WESTERN DISTRICT OF TEXAS
BY SERVING CIVIL PROCESS CLERK, ERICA BANDA

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Michael Garcia
Certification Number: PSC-20684
Certification Expiration: 12/31/2025

BEFORE ME, a Notary Public, on this day personally appeared **Michael Garcia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 5/5/2025

Notary Public, State of Texas

MYRANDA MARIN
Notary Public, State of Texas
Comm. Expires 01-24-2029
Notary ID 130976185

CAUSE NO. 5:25-cv-00344-FB

| | | |
|---|---|---|
| Texas Association of Money Services Businesses | § § | UNITED STATES DISTRICT COURT |
| Plaintiff, | § | |
| VS. | § § | FOR THE WESTERN DISTRICT |
| Pam Bondi, United States Attorney General, et al. | § | |
| Defendant. | § | OF TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Michael Garcia** who, being by me duly sworn, deposed and said:

"The following came to hand on **May 2, 2025, 12:13 pm,**

SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' OPPOSED MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF ARNOLDO GONZALEZ, JR., DECLARATION OF PRESIDENT OF SAN ISIDRO MULTI-SERVICES, INC., DECLARATION OF MARIO A. REGALADO OWNER OF BORDER INTERNATIONAL SERVICES, DECLARATION OF MIGUEL A. ESPINOZA OWNER OF ESPRO INVESTMENTS LLC D/B/A LONE STAR MONEY EXCHANGE, DECLARATION OF MIGUEL A. REGALADO PRINCIPLE OF BEST RATE EXCHANGE, DECLARATION OF RICARDO GRANADO PRESIDENT OF TEMEX MONEY EXCHANGE, DECLARATION OF XAVIER GUERRA PRESIDENT OF REYNOSA CASA DE CAMBIO, INC., DECLARATION OF ELIZABETH L. SANZ, EXHIBIT A, EXHIBIT B, EXHIBIT C, [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, ,

and was executed at **601 NORTHWEST LOOP 410, SAN ANTONIO, TX 78216** within the county of **BEXAR** at **02:05 PM** on **Fri, May 02 2025**, by delivering a true copy to the within named

FINANCIAL CRIMES ENFORCEMENT NETWORK, BY AND THROUGH,
MARGARET LEACHMAN, ACTING U.S. ATTORNEY FOR THE WESTERN DISTRICT OF TEXAS
BY SERVING CIVIL PROCESS CLERK, ERICA BANDA

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Michael Garcia
Certification Number: PSC-20684
Certification Expiration: 12/31/2025

BEFORE ME, a Notary Public, on this day personally appeared **Michael Garcia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON  5/5/2025

MYRANDA MARIN
Notary Public, State of Texas
Comm. Expires 01-24-2029
Notary ID 130976185

_____
Notary Public, State of Texas

CAUSE NO. 5:25-cv-00344-FB

| | | |
|---|---|---|
| Texas Association of Money Services Businesses | § § | UNITED STATES DISTRICT COURT |
| Plaintiff, | § | |
| VS. | § § | FOR THE WESTERN DISTRICT |
| Pam Bondi, United States Attorney General, et al. | § | |
| Defendant. | § | OF TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Michael Garcia** who, being by me duly sworn, deposed and said:

"The following came to hand on **May 2, 2025, 12:13 pm,**

SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' OPPOSED MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF ARNOLDO GONZALEZ, JR., DECLARATION OF PRESIDENT OF SAN ISIDRO MULTI-SERVICES, INC., DECLARATION OF MARIO A. REGALADO OWNER OF BORDER INTERNATIONAL SERVICES, DECLARATION OF MIGUEL A. ESPINOZA OWNER OF ESPRO INVESTMENTS LLC D/B/A LONE STAR MONEY EXCHANGE, DECLARATION OF MIGUEL A. REGALADO PRINCIPLE OF BEST RATE EXCHANGE, DECLARATION OF RICARDO GRANADO PRESIDENT OF TEMEX MONEY EXCHANGE, DECLARATION OF XAVIER GUERRA PRESIDENT OF REYNOSA CASA DE CAMBIO, INC., DECLARATION OF ELIZABETH L. SANZ, EXHIBIT A, EXHIBIT B, EXHIBIT C, [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, ,

and was executed at **601 NORTHWEST LOOP 410, SAN ANTONIO, TX 78216** within the county of **BEXAR** at **02:05 PM** on **Fri, May 02 2025**, by delivering a true copy to the within named

SCOTT BESSENT, SECRETARY OF TREASURY, BY AND THROUGH,
MARGARET LEACHMAN, ACTING U.S. ATTORNEY FOR THE WESTERN DISTRICT OF TEXAS
BY SERVING CIVIL PROCESS CLERK, ERICA BANDA

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Michael Garcia
Certification Number: PSC-20684
Certification Expiration: 12/31/2025

BEFORE ME, a Notary Public, on this day personally appeared **Michael Garcia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON   5/5/2025

MYRANDA MARIN
Notary Public, State of Texas
Comm. Expires 01-24-2029
Notary ID 130976185

Notary Public, State of Texas

CAUSE NO. 5:25-cv-00344-FB

| | | |
|---|---|---|
| Texas Association of Money Services Businesses § | | UNITED STATES DISTRICT COURT |
| § | | |
| Plaintiff, § | | |
| VS. § | | FOR THE WESTERN DISTRICT |
| § | | |
| Pam Bondi, United States Attorney General, et al. § | | |
| Defendant. § | | OF TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Michael Garcia** who, being by me duly sworn, deposed and said:

"The following came to hand on **May 2, 2025, 12:13 pm,**

SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF, PLAINTIFFS' OPPOSED MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF ARNOLDO GONZALEZ, JR., DECLARATION OF PRESIDENT OF SAN ISIDRO MULTI-SERVICES, INC., DECLARATION OF MARIO A. REGALADO OWNER OF BORDER INTERNATIONAL SERVICES, DECLARATION OF MIGUEL A. ESPINOZA OWNER OF ESPRO INVESTMENTS LLC D/B/A LONE STAR MONEY EXCHANGE, DECLARATION OF MIGUEL A. REGALADO PRINCIPLE OF BEST RATE EXCHANGE, DECLARATION OF RICARDO GRANADO PRESIDENT OF TEMEX MONEY EXCHANGE, DECLARATION OF XAVIER GUERRA PRESIDENT OF REYNOSA CASA DE CAMBIO, INC., DECLARATION OF ELIZABETH L. SANZ, EXHIBIT A, EXHIBIT B, EXHIBIT C, [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, ,

and was executed at **601 NORTHWEST LOOP 410, SAN ANTONIO, TX 78216** within the county of **BEXAR** at **02:05 PM** on **Fri, May 02 2025**, by delivering a true copy to the within named

ANDREA GACKI, DIRECTOR OF FINCEN, BY AND THROUGH,
MARGARET LEACHMAN, ACTING U.S. ATTORNEY FOR THE WESTERN DISTRICT OF TEXAS
BY SERVING CIVIL PROCESS CLERK, ERICA BANDA

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Michael Garcia
Certification Number: PSC-20684
Certification Expiration: 12/31/2025

BEFORE ME, a Notary Public, on this day personally appeared **Michael Garcia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON  5/5/2025



Notary Public, State of Texas