UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, Jr., <br><br> *Plaintiffs*, <br><br> v. <br><br> PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; SCOTT BESSENT, SECRETARY OF THE TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, DIRECTOR OF THE FINANCIAL CRIMES ENFORCEMENT NETWORK; and FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br> *Defendants*. | Civil Case No. 5:25-cv-00344-FB |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiffs respectfully request leave to file a reply in support of their motion for a preliminary injunction that exceeds the page limit prescribed by Local Rule CV-7(c)(3) by 10 pages. Plaintiffs have attached the proposed reply to this motion. In support of this motion, Plaintiffs state as follows:

1

1. On April 18, 2025, Plaintiffs filed a Motion for a Preliminary Injunction. Dkt. No. 22.

2. On May 1, 2025, Defendants filed an unopposed motion to file excess pages, seeking to file a proposed memorandum in opposition to Plaintiffs' motion for a preliminary injunction that exceeded the 20-page limit by 10 pages. Dkt. No. 31. Defendants' motion was granted and their memorandum in opposition to Plaintiffs' motion for a preliminary injunction was docketed on May 5, 2025. Dkt. Nos. 32 & 33.

3. Pursuant to Local Rule CV-7(e)(3), replies are limited to 10 pages, exclusive of the caption, signature block, any certificates, and accompanying documents.

4. Plaintiffs seek the extension for two reasons. First, because it was not clear whether the government would agree not to enforce the challenged Geographic Targeting Order if the TRO expired before the Court could hold a preliminary-injunction hearing, Plaintiffs filed their preliminary-injunction motion *before* the government filed the administrative record. Accordingly, the reply will be Plaintiffs' first opportunity to directly address the Administrative Record. Second, the government sought—and Plaintiffs did not oppose—an extension because of the inherent complexity of this case. As part of that agreement, the government agreed not to oppose Plaintiffs' request for 20 pages.

5. As noted, Plaintiffs' counsel has conferred with Defendants' counsel, who do not oppose this motion.

Dated: May 5, 2025

Martin Golando
The Law Office of Martin Golando, PLLC
Texas Bar No. 24059153
2326 W. Magnolia
San Antonio, Texas 78201
Office: (210) 471-1185
Email: martin.golando@gmail.com

Roland Gutierrez
The Law Office of Roland Gutierrez
SBN #: 24007291
104 Babcock Ste. 107
San Antonio, Texas 78201
(210) 225-7114

*Attorneys for Plaintiffs Texas Association for Money Services Businesses (TAMSB); Reynosa Casa De Cambio, Inc.; Nydia Regalado d/b/a Best Rate Exchange; Mario Regalado d/b/a Border International Services; Laredo Insurance Services, LLC; E.Mex. Financial Services, Inc.; R & C, Inc. d/b/a Temex Money Exchange; San Isidro Multi Services, Inc.; Cris Win Inc. d/b/a Brownsville Casa De Cambio; and Espro Investment LLC d/b/a Lonestar Money Exchange*

Respectfully submitted,

/s/ Jeffrey Rowes
Jeffrey Rowes (TX Bar No. 24104956)*
Christen Mason Hebert (TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
jrowes@ij.org
chebert@ij.org

Robert E. Johnson (DC Bar No. 1013390)*
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
rjohnson@ij.org

Elizabeth L. Sanz (CA Bar No. 340538)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
bsanz@ij.org

Katrin Marquez (FL Bar No. 1024765)*
INSTITUTE FOR JUSTICE
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
kmarquez@ij.org

* Admitted *pro hac vice*

*Attorneys for Plaintiffs Arnoldo Gonzalez, Jr. and High Value, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Jeffrey Rowes
Jeffrey Rowes (TX Bar No. 24104956)