UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, Jr.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; SCOTT BESSENT, SECRETARY OF THE TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, DIRECTOR OF THE FINANCIAL CRIMES ENFORCEMENT NETWORK; and FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>*Defendants*. | Civil Case No. 5:25-cv-00344-FB |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE EXCESS PAGES**

This matter comes before the Court on Plaintiffs' Motion for Leave to File Excess Pages.

Having reviewed the motion, the Court finds that it should be GRANTED.

1

2

Accordingly, it is hereby ORDERED that Plaintiffs' Reply in Support of their Motion for Preliminary Injunction may exceed the 10-page limit prescribed by Local Rule CV-7(e)(3) by 10 pages.

SIGNED this \_\_\_\_\_ day of May, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE