UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, Jr., <br><br> *Plaintiffs*, <br><br> v. <br><br> PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; SCOTT BESSENT, SECRETARY OF THE TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, DIRECTOR OF THE FINANCIAL CRIMES ENFORCEMENT NETWORK; and FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br> *Defendants*. | Civil Case No. 5:25-cv-00344-FB |

**PLAINTIFFS' LIST OF WITNESSES
FOR PRELIMINARY INJUNCTION HEARING**

Pursuant to the Order Setting Briefing Schedule and Hearing on Plaintiffs' Motion for Preliminary Injunction, dated April 28, 2025, ECF No. 30, Plaintiffs respectfully submit this List of Witnesses for the hearing on Plaintiffs' Motion for a Preliminary Injunction, which is set to

1

begin on May 12, 2025, at 8:30 a.m.

## EXPECTED WITNESSES

| Name of Witness | Address and Phone Number |
|---|---|
| Arnoldo Gonzalez, Jr., Secretary<br>High Value, Inc. | Institute for Justice<br>816 Congress Ave. Ste. 970,<br>Austin, Texas 78701<br>(512) 480-5936 |
| Xavier Guerra, President<br>Reynosa Casa de Cambio, Inc. | Reynosa Casa de Cambio, Inc.<br>521 South International Blvd.<br>Hidalgo, Texas 78557<br>(956) 843-7022 |
| Isidro Salinas, General Manager<br>San Isidro Multi-Services, Inc. | San Isidro Multi-Services, Inc.<br>2000 S. 10th St., Ste. C<br>McAllen, Texas 78503<br>(956) 331-8899 |
| Clarissa Ashley Light, CEO<br>Valuta Corporation, Inc. | Valuta Corporation, Inc.<br>300 S. Mesa St.<br>El Paso, Texas 79901<br>(915) 544-1152 |
| Andres Payan, Jr., Manager<br>Payan's Fuel Center, Inc. | Payan's Fuel Center, Inc.<br>2901 E. Paisano Dr.<br>El Paso, Texas 79905<br>(915) 533-7979 |

## POTENTIAL WITNESSES

| Name of Witness | Address and Phone Number |
|---|---|
| Antonio Carpio, General Manager<br>Metro Money Financial, LLC | Metro Money Financial, LLC<br>2901 Magoffin Ave.<br>El Paso, Texas 79905<br>(915) 351-1658 |
| Anna Alvarado, Co-Compliance Officer<br>Reynosa Casa de Cambio, Inc. | Reynosa Casa de Cambio, Inc.<br>521 South International Blvd.<br>Hidalgo, Texas 78557<br>(956) 843-7022 |

In addition to the witnesses identified above, Plaintiffs reserve the right to call any witnesses identified by Defendants and to call any impeachment or rebuttal witnesses, as necessary.

Dated: May 6, 2025

Martin Golando
The Law Office of Martin Golando, PLLC
Texas Bar No. 24059153
2326 W. Magnolia
San Antonio, Texas 78201
Office: (210) 471-1185
Email: martin.golando@gmail.com

Roland Gutierrez
The Law Office of Roland Gutierrez
SBN #: 24007291
104 Babcock Ste. 107
San Antonio, Texas 78201
(210) 225-7114

*Attorneys for Plaintiffs Texas Association for Money Services Businesses (TAMSB); Reynosa Casa De Cambio, Inc.; Nydia Regalado d/b/a Best Rate Exchange; Mario Regalado d/b/a Border International Services; Laredo Insurance Services, LLC; E.Mex. Financial Services, Inc.; R & C, Inc. d/b/a Temex Money Exchange; San Isidro Multi Services, Inc.; Cris Win Inc. d/b/a Brownsville Casa De Cambio; and Espro Investment LLC d/b/a Lonestar Money Exchange*

Respectfully submitted,

/s/ Jeffrey Rowes
Jeffrey Rowes (TX Bar No. 24104956)*
Christen Mason Hebert (TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
jrowes@ij.org
chebert@ij.org

Robert E. Johnson (DC Bar No. 1013390)*
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
rjohnson@ij.org

Elizabeth L. Sanz (CA Bar No. 340538)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
bsanz@ij.org

Katrin Marquez (FL Bar No. 1024765)*
INSTITUTE FOR JUSTICE
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
kmarquez@ij.org

* Admitted *pro hac vice*

*Attorneys for Plaintiffs Arnoldo Gonzalez, Jr. and High Value, Inc.*

**CERTIFICATE OF SERVICE**

  I certify that on May 6, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

                  <u>/s/ Jeffrey Rowes</u>
                  Jeffrey Rowes (TX Bar No. 24104956)*