UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, Jr., <br><br> *Plaintiffs*, <br><br> v. <br><br> PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; SCOTT BESSENT, SECRETARY OF THE TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, DIRECTOR OF THE FINANCIAL CRIMES ENFORCEMENT NETWORK; and FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br> *Defendants*. | Civil Case No. 5:25-cv-00344-FB |

**PLAINTIFFS' NOTICE OF APPEARANCE**

Plaintiffs Reynosa Casa de Cambio, INC., Nydia Regalado D/B/A Best Rate Exchange, Mario

Regalado D/B/A Border International Services, Laredo Insurance Services, LLC, E.Mex.

Financial Services, Inc., R & C, Inc. D/B/A Temex Money Exchange, San Isidro Multi Services,

INC., Cris Win Inc. D/B/A Brownsville Casa De Cambio, and Espro Investment, LLC D/B/A

Lonestar Money Exchange file this Notice of Appearance for Martin Golando and Roland Gutierrez, who will appear as counsel for Plaintiffs in the above-captioned case along with counsel listed below. Mr. Golando is admitted to practice in the United States District Court for the Western District of Texas and is a member in good standing of the State Bar of Texas. Mr. Gutierrez is also admitted to practice in the United States District Court for the Western District of Texas and is a member in good standing of the State Bar of Texas. Plaintiffs requests that Mr. Golando and Mr. Gutierrez be served with all future correspondence and pleadings.

DATE: May 6, 2025

Respectfully submitted,

By: */s/ Martin Golando*

The Law Office of Martin Golando, PLLC
Texas Bar No. 24059153
2326 W. Magnolia
San Antonio, Texas 78201
Office: (210) 471-1185
Email: martin.golando@gmail.com

Roland Gutierrez
The Law Office of Roland Gutierrez
SBN #: 24007291
104 Babcock Ste. 107
San Antonio, Texas 78201
(210) 225-7114

ATTORNEYS FOR TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES, REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO D/B/A BEST RATE EXCHANGE; MARIO REGALADO D/B/A BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. D/B/A TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. D/B/A BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC D/B/A LONESTAR MONEY EXCHANGE

**CERTIFICATE OF SERVICE**

I certify that on May 6, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

*/s/ Martin Golando*
Martin Golando