IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY SERVICES BUSINESSES (TAMSB), ET Al., | § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-25-CA-00344-FB |
| PAM BONDI, Attorney General of the United States; SCOTT BESSENT, Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK, | § § § § § § § § § § | |
| *Defendants.* | § § | |

## ORDER REGARDING PLAINTIFFS' OPPOSED MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER AND SET A BRIEFING SCHEDULE

Before the Court is Plaintiffs' Opposed Motion to Extend the Temporary Restraining Order and Set a Briefing Schedule, filed on April 18, 2025.  (Docket no. 21).  The Court extended the temporary restraining order in an Advisory filed on April 21, 2025.  (Docket no. 26) ("Also, the Temporary Restraining Order with a fourteen-day extension will expire on May 9, 2025. The Court finds good cause exists for this extension to provide time to fully consider the various arguments and motions of the parties. . . .  To the extent necessary, the Court hopes, and expects, the same professional courtesy to be extended to Plaintiffs by Defendants by not beginning enforcement of the subject GTO against Plaintiffs on May 10, 2025.").  And, the Court entered an Order Setting Briefing Schedule (and Hearing on Plaintiffs' Motion for Preliminary Injunction) on April 28, 2025.  (Docket no. 30).  Having ruled on Plaintiffs' requests for relief, the Court is of the opinion that the motion can be dismissed as moot.

IT IS THEREFORE ORDERED that Plaintiffs' Opposed Motion to Extend the Temporary Restraining Order and Set a Briefing Schedule (docket no. 21) is DISMISSED as MOOT.

It is so ORDERED.

SIGNED this 7th day of May, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE