IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASS'N FOR MONEY SERVICES BUSINESSES (TAMSB), *et al.*<br><br>　　*Plaintiff*s,<br><br>　　　　　v.<br><br>PAM BONDI, in her official capacity as Attorney General; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, in her official capacity as the Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>　　*Defendants*. | Civil Action No. 25-cv-344 |

**NOTICE OF ERRATA**

Defendants respectfully notify the Court that they discovered typographical errors in the Declaration of Andrea Gacki, ECF No. 33-1. Accordingly, Director Gacki has re-executed a corrected declaration dated May 6, 2025, with the following nonsubstantive changes:

- Page 5 / Para. 8 - correcting the number of covered Texas counties from seven to five (as already reflected in the text of the parenthetical);
- Page 5 / Para. 9 - correcting "SWB GTO" to "SW Border GTO";
- Page 6 / Para. 11 - correcting "SWB GTO" to "SW Border GTO";
- Page 10 / Para. 26 - correcting "85 Fed. Reg. 29022, 29020" to "85 Fed. Reg. 29022, 29029";
- Page 10 / Para. 27 - correcting "the Texas Association for Money Services Businesses (TAMSB)" to TAMSB.

Defendants respectfully request that the Court consider this corrected declaration in lieu of the declaration filed at ECF No. 33-1.

Dated May 7, 2025

Respectfully submitted

YAAKOV ROTH
Acting Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Director, Federal Programs Branch

/s/ Amy E. Powell__
AMY E. POWELL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
c/o U.S. Attorney's Office for EDNC
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Tel.: 919-856-4013
Email:  amy.powell@usdoj.gov

*Counsel for Defendants*