IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASS'N FOR MONEY SERVICES BUSINESSES (TAMSB), *et al.*<br><br>    *Plaintiffs*,<br><br>v.<br><br>PAM BONDI, in her official capacity as Attorney General; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, in her official capacity as the Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>    *Defendants*. | Civil Action No. 25-cv-344 |

## JOINT NOTICE

Counsel for the parties have conferred and hereby respectfully notify the Court of the following conferrals related to the schedule.

In accordance with the schedule set by the Court, Plaintiffs have disclosed any witnesses they intend to present at the scheduled hearing on the motion for a preliminary injunction, and Defendants have disclosed that they intend to rely on the administrative record and declaration evidence. *See* ECF Nos. 41, 43.

With that information, Counsel have conferred about the time needed to conduct and complete the hearing and have made best efforts to estimate the time required for a hearing. Plaintiffs estimate 3-4 hours of direct testimony, and Defendants 1.5-2.5 hours of total cross-examination.

1

Counsel for the parties would also like a chance to present oral argument on the motion, including opening and closing statements (i.e., both before and after the anticipated testimony). In order to ensure plenty of time to answer any questions from the Court, the parties estimate such argument will take no longer than 25 minutes for each side before testimony and 25 minutes for each side after testimony.

Accordingly, the parties anticipate that the hearing will take no more than approximately eight hours, probably less, and at the latest will conclude on May 13, 2025.

Dated May 8, 2025                    Respectfully submitted

                YAAKOV ROTH
                Acting Assistant Attorney General

                STEPHEN M. ELLIOTT
                Assistant Director, Federal Programs Branch

                /s/ Amy E. Powell
                AMY E. POWELL
                Senior Trial Counsel
                United States Department of Justice
                Civil Division, Federal Programs Branch
                c/o U.S. Attorney's Office for EDNC
                150 Fayetteville St, Suite 2100
                Raleigh, NC 27601
                Tel.: 919-856-4013
                Email: amy.powell@usdoj.gov

                *Counsel for Defendants*

| | |
|---|---|
| Martin Golando<br>The Law Office of Martin Golando, PLLC<br>Texas Bar No. 24059153<br>2326 W. Magnolia<br>San Antonio, Texas 78201<br>Office: (210) 471-1185<br>Email: martin.golando@gmail.com<br><br>Roland Gutierrez<br>The Law Office of Roland Gutierrez<br>SBN #: 24007291<br>104 Babcock Ste. 107<br>San Antonio, Texas 78201<br>(210) 225-7114<br><br>*Attorneys for Plaintiffs Texas Association for Money Services Businesses (TAMSB); Reynosa Casa De Cambio, Inc.; Nydia Regalado d/b/a Best Rate Exchange; Mario Regalado d/b/a Border International Services; Laredo Insurance Services, LLC; E.Mex. Financial Services, Inc.; R & C, Inc. d/b/a Temex Money Exchange; San Isidro Multi Services, Inc.; Cris Win Inc. d/b/a Brownsville Casa De Cambio; and Espro Investment LLC d/b/a Lonestar Money Exchange* | /s/ Jeffrey Rowes<br>Jeffrey Rowes (TX Bar No. 24104956)*<br>Christen Mason Hebert (TX Bar No. 24099898)<br>INSTITUTE FOR JUSTICE<br>816 Congress Ave., Suite 970<br>Austin, TX 78701<br>(512) 480-5936<br>jrowes@ij.org<br>chebert@ij.org<br>Robert E. Johnson (DC Bar No. 1013390)*<br>INSTITUTE FOR JUSTICE<br>16781 Chagrin Blvd., Suite 256<br>Shaker Heights, OH 44120<br>(703) 682-9320<br>rjohnson@ij.org<br>Elizabeth L. Sanz (CA Bar No. 340538)*<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>(703) 682-9320<br>bsanz@ij.org<br>Katrin Marquez (FL Bar No. 1024765)*<br>INSTITUTE FOR JUSTICE<br>2 South Biscayne Blvd., Suite 3180<br>Miami, FL 33131<br>(305) 721-1600<br>kmarquez@ij.org<br><br>* Admitted *Pro Hac Vice*<br>*Attorney for Plaintiffs Arnoldo Gonzalez, Jr. and High Value, Inc.* |