UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, Jr.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; SCOTT BESSENT, SECRETARY OF THE TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, DIRECTOR OF THE FINANCIAL CRIMES ENFORCEMENT NETWORK; and FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>*Defendants*. | Civil Case No. 5:25-cv-00344-FB |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

This matter comes before the Court on Plaintiffs' Motion to Supplement the Administrative Record. Having reviewed the motion, the Court finds that it should be GRANTED.

2

Accordingly, it is hereby ORDERED that the Administrative Record be supplemented to include all testimony and exhibits the Court heard at the temporary restraining order hearing, the declarations the Court received in support of Plaintiffs' motion for a preliminary injunction, and the testimony and exhibits the Court will hear at the preliminary injunction hearing on May 12, 2025.

SIGNED this _____ day of May, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE