UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, Jr., <br><br> *Plaintiffs*, <br><br> v. <br><br> PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; SCOTT BESSENT, SECRETARY OF THE TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, DIRECTOR OF THE FINANCIAL CRIMES ENFORCEMENT NETWORK; and FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br> *Defendants*. | Civil Case No. 5:25-cv-00344-FB |

**PLAINTIFFS' NOTICE OF AMICUS CURIAE BRIEF FILED IN SOUTHERN DISTRICT OF CALIFORNIA**

Plaintiffs respectfully notify the Court of an amicus brief filed in a case in the Southern District of California raising identical claims to those brought here. Plaintiffs bring this brief to the Court's attention and attach the filing for the Court's convenience in the event it is useful in

considering the issues here. *See* Exhibit 1 (Unopposed Brief of Amicus Curiae Money Services Business Association, Inc. and accompanying declarations filed in Support of Plaintiffs' Motion for a Preliminary Injunction in *Novedades y Servicios, Inc. v. Financial Crimes Enforcement Network*, No. 3:25-cv-00886-JLS-DDL (S.D. Cal.) (ECF 41)).

| | |
|---|---|
| Dated: May 10, 2025 | Respectfully submitted, |
| | /s/ Jeffrey Rowes |
| Martin Golando | Jeffrey Rowes (TX Bar No. 24104956)* |
| The Law Office of Martin Golando, PLLC | Christen Mason Hebert (TX Bar No. 24099898) |
| Texas Bar No. 24059153 | INSTITUTE FOR JUSTICE |
| 2326 W. Magnolia | 816 Congress Ave., Suite 970 |
| San Antonio, Texas 78201 | Austin, TX 78701 |
| Office: (210) 471-1185 | (512) 480-5936 |
| Email: martin.golando@gmail.com | jrowes@ij.org |
| | chebert@ij.org |
| Roland Gutierrez | Robert E. Johnson (DC Bar No. 1013390)* |
| The Law Office of Roland Gutierrez | INSTITUTE FOR JUSTICE |
| SBN #: 24007291 | 16781 Chagrin Blvd., Suite 256 |
| 104 Babcock Ste. 107 | Shaker Heights, OH 44120 |
| San Antonio, Texas 78201 | (703) 682-9320 |
| (210) 225-7114 | rjohnson@ij.org |
| *Attorneys for Plaintiffs Texas Association for Money Services Businesses (TAMSB); Reynosa Casa De Cambio, Inc.; Nydia Regalado d/b/a Best Rate Exchange; Mario Regalado d/b/a Border International Services; Laredo Insurance Services, LLC; E.Mex. Financial Services, Inc.; R & C, Inc. d/b/a Temex Money Exchange; San Isidro Multi Services, Inc.; Cris Win Inc. d/b/a Brownsville Casa De Cambio; and Espro Investment LLC d/b/a Lonestar Money Exchange* | Elizabeth L. Sanz (CA Bar No. 340538)* |
| | INSTITUTE FOR JUSTICE |
| | 901 N. Glebe Road, Suite 900 |
| | Arlington, VA 22203 |
| | (703) 682-9320 |
| | bsanz@ij.org |
| | Katrin Marquez (FL Bar No. 1024765)* |
| | INSTITUTE FOR JUSTICE |
| | 2 South Biscayne Blvd., Suite 3180 |
| | Miami, FL 33131 |
| | (305) 721-1600 |
| | kmarquez@ij.org |
| | * Admitted *pro hac vice* |
| | *Attorneys for Plaintiffs Arnoldo Gonzalez, Jr. and High Value, Inc.* |

## CERTIFICATE OF SERVICE

    I certify that on May 10, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

<u>/s/ Jeffrey Rowes</u>
Jeffrey Rowes (TX Bar No. 24104956)*