IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TEXAS ASSOCIATION OF MONEY          §
SERVICES BUSINESSES (TAMSB);        §
HIGH VALUE, INC.; REYNOSA CASA DE   §
CAMBIO, INC.; NYDIA REGALADO d/b/a  §
BEST RATE EXCHANGE; MARIO           §
REGALADO d/b/a BORDER               §
INTERNATIONAL SERVICES; LAREDO      §
INSURANCE SERVICES, LLC; E.MEX.     §
FINANCIAL SERVICES, INC.; R & C, INC. §
d/b/a TEMEX MONEY EXCHANGE; SAN     §
ISIDRO MULTI SERVICES, INC.; CRIS   §
WIN INC. d/b/a BROWNSVILLE CASA DE  §
CAMBIO; ESPRO INVESTMENT LLC        §
d/b/a LONESTAR MONEY EXCHANGE;      §
and ARNOLDO GONZALEZ, JR.,          §
                                    §
        *Plaintiffs*,               §
                                    §
V.                                  §      CIVIL ACTION NO. SA-25-CA-00344-FB
                                    §
PAM BONDI, Attorney General of      §
the United States; SCOTT BESSENT,   §
Secretary of the Treasury; UNITED   §
STATES DEPARTMENT OF THE            §
TREASURY; ANDREA GACKI,             §
Director of the Financial Crimes    §
Enforcement Network; FINANCIAL      §
CRIMES ENFORCEMENT NETWORK,         §
                                    §
        *Defendants.*               §

## ORDER GRANTING PLAINTIFFS' OPPOSED MOTION TO SUPPLEMENT

Before the Court is the Plaintiffs' Opposed Motion to Supplement the Administrative Record

and Memorandum of Law in Support (docket no. 50), filed on May 8, 2025. The Court heard argument

on Plaintiffs' motion at the preliminary injunction hearing beginning on May 12, 2025. After careful

consideration, and as announced in open court at the hearing, the motion shall be granted.

IT IS THEREFORE ORDERED Plaintiffs' Opposed Motion to Supplement the Administrative Record (contained within docket no. 50) is GRANTED such that the Administrative Record is supplemented to include all testimony and exhibits the Court heard at the temporary restraining order hearing, the declarations the Court received in support of Plaintiffs' motion for a preliminary injunction, and the testimony and exhibits the Court will hear at the preliminary injunction hearing beginning on May 12, 2025.

It is so ORDERED.

SIGNED this 12th day of May, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

-2-