IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASS'N FOR MONEY SERVICES BUSINESSES (TAMSB), *et al.*<br><br>    *Plaintiff*s,<br><br>v.<br><br>PAM BONDI, in her official capacity as Attorney General; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, in her official capacity as the Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>    *Defendants*. | Civil Action No. 25-cv-344 |

## NOTICE OF SUPPLEMENT TO ADMINISTRATIVE RECORD

At the hearing on May 12, 2025, undersigned counsel notified the Court of a forthcoming supplement to the administrative record. Attached here are the supplemental certification with attached revised index and the supplement.

Dated May 19, 2025              Respectfully submitted

                                YAAKOV ROTH
                                Acting Assistant Attorney General

                                STEPHEN M. ELLIOTT
                                Assistant Director, Federal Programs Branch

                                /s/ Amy E. Powell
                                AMY E. POWELL

Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
c/o U.S. Attorney's Office for EDNC
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Tel.: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*