**DECLARATION OF ANDRES PAYAN, JR.**

# EXHIBIT A

**Internal Revenue Service**
SB/SE BSA
Attn:
4050 Alpha Road
Farmers Branch, TX 75244-4299

Official Business
Penalty for Private Use, $300

CERTIFIED MAIL

7021 0350 0000 2965 9276

US POSTAGE $009.64
ZIP 75244
0000057629 MAY 15 2025

Payans Fuel Center, Inc
DBA: Payans Citgo
2901 E. Paisano Dr.
El Paso, TX 79905

79905-411101

| | |
|---|---|
| **Department of the Treasury**<br>**Internal Revenue Service**<br>**Small Business/ Self Employed Division**<br>4050 Alpha Road<br>MS 5205 NDAL<br>Farmers Branch, TX 75244<br><br>Payans Fuel Center, Inc<br>DBA: Payans Citgo<br>2901 E. Paisano Dr.<br>El Paso, Texas 79905 | Date:<br>05/14/2025<br>Date of appointment:<br>06/17/2025<br>Time of appointment:<br>10:00am<br>Place of appointment:<br>Microsoft Teams Invite/ Telephone Conference Call<br>Person to contact:<br>Khloe Williams<br>Employee ID number:<br><br>Contact telephone number:<br><br>Contact address:<br>4050 Alpha Road, MS 5205 NDAL |

Dear Payans Fuel Center, Inc.:

We scheduled an examination on the date and time listed above to ensure your money services business complies with the Bank Secrecy Act (BSA). Money services businesses are required to comply with the BSA provisions of Title 31 of the United States Code and Title 31 of the Code of Federal Regulations, Chapter X.

The period under examination is 11/01/2024 through 04/30/2025.

**What you need to do**
Review the enclosed Form 4564, Information Document Request, for a list of documents to have available during the examination. Mail items 1 through 1 from the enclosed list to the address shown above to my attention before 06/07/2025. Have the other documents from the list ready for review during the examination.

**What you need to know about the examination**
A BSA examination is not an income tax examination. However, you may be liable for penalties for failure to comply with the BSA.

If you have questions or concerns regarding this request or the upcoming examination, you can call me at the telephone number listed at the top of this letter.

Thank you for your cooperation.

Sincerely,

Khloe Williams
Digitally signed by Khloe Williams
Date: 2025.05.14 09:23:12 -05'00'

Khloe Williams
Bank Secrecy Act - Internal Revenue Agent

Enclosures:
Form 4564



Letter 4313 (Rev. 9-2023)
Catalog Number 49899P

| Form **4564** (May 2023) | Department of the Treasury - Internal Revenue Service **Information Document Request** | | Request number 1 |
|---|---|---|---|
| To<br>Payans Fuel Center, Inc.<br>DBA: Payans Citgo<br>2901 E> Paisano Dr.<br>El Paso, Texas 79905 | Subject<br>Title 31 Examination | | |
| | SAIN<br>N/A | Submitted to<br>Payans Fuel Center, Inc | |
| | Dates of previous requests (mmddyyyy) | | |

Description of documents requested (additional records may be requested as the examination progresses)

## Please contact me upon receipt of this letter to confirm your appointment and to discuss the exam process.

1. Any written policy statements, procedures, etc. of the business as they relate to the reporting, recordkeeping, and structuring provisions of the Bank Secrecy Act (BSA).
    a) This includes a complete copy of the complete Anti-Money Laundering Compliance Program.
        i. This should include any written policies, procedures, and internal controls.
    b) Name, title, and contact information of the Compliance Officer
    c) Copy of Training certificates, training logs, training material, etc.
    d) Copy of Compliance review (Independent Reviews) conducted since the AML Program was instituted.
    e) Copy of management's BSA/AML risk assessment of all major financial services.

**Please provide all items listed in #1 (a-d) by the close of business June 7th, 2025.**

**Please provide the documentation requested below at the appointment date. The list of items is not intended to be all inclusive, additional items may be required at a later date. You may need to contact your principal to get certain reports and electronic downloads.**

2. Copy of the Money Services Business Registration, FinCEN Report 107, and Acknowledgement Letter provided by the Enterprise Computing Center.

3. List of employees and explanation of their duties related to the Money Services Business.

4. Copies of ALL the following BSA reports filed during the examination period of **11/01/2024 – 04/30/2025**:
    a. FinCEN Form 105 – Report of International Transportation of Currency or Monetary Instruments (CMIR)
    b. FinCEN Report 111 – Suspicious Activity Report by Money Services Business (SAR-MSB)
    c. FinCEN Report 112 - Currency Transaction Report (CTR)
    d. FinCEN Report 114 - Report of Foreign Bank and Financial Accounts (FBAR)

5. Copies of commission checks from principals.

6. Books and records required to be maintained pursuant to the BSA Regulations (31 CFR Chapter X) for the period: **11/01/2024 – 04/30/2025**.

If you have questions about this Information Document Request, contact the examiner listed below.

Information due by: ☑ At next appointment: All other items
☐ Other : AML Compliance Program: **06/07/2025**

| From | | | |
|---|---|---|---|
| Examiner name<br>Khloe Williams | Examiner title<br>Internal Revenue Agent | Employee ID number<br>[redacted] | Date (mmddyyyy)<br>05/14/2025 |
| Office location<br>4050 Alpha Road, MS 5205 NDAL, Farmer's Branch, Texas 7524 | | Telephone number<br>[redacted] | e-Fax number<br>[redacted] |

Catalog Number 23145K          www.irs.gov          Form **4564** (Rev. 5-2023)
                                                    Wkpr 500-01.1

| Form **4564** (May 2023) | Department of the Treasury - Internal Revenue Service<br>**Information Document Request** | Request number<br>1 |
|---|---|---|

| To<br>Payans Fuel Center, Inc.<br>DBA: Payans Citgo<br>2901 E> Paisano Dr.<br>El Paso, Texas 79905 | Subject<br>Title 31 Examination | |
|---|---|---|
| | SAIN<br>N/A | Submitted to<br>Payans Fuel Center, Inc |
| | Dates of previous requests (mmddyyyy) | |

Description of documents requested (additional records may be requested as the examination progresses)

  a. Statements of accounts from banks, including paid checks, charges or other debit entry, memoranda, deposit slips, and other credit memoranda
  b. Daily and monthly work records, summaries, and reconciliations needed to identify and reconstruct currency transactions with customers.
  c. Check cashing, money orders, and wire services step-by-step procedures, transaction support and recordkeeping logs required by law.
  d. Copies of the daily, weekly, or monthly summary statements for wire transmittals
  e. Copies of all wire transmittal forms.

7. Records, summaries, and reconciliations needed to identify and reconstruct check cashing transactions.

8. Copies of all contracts or trust agreements as they relate to your capacity as an agent.

**Please mail, email** ███████████████, **or fax** ███████ **me the following documents no later than 06/07/2025:**

Please send to:

**Email:** ███████████████

Note: Documents emailed must be password encrypted with password provided telephonically, subject lines must not indicate Personally Identified Information, and phone contact must be made with Revenue Agent prior to emailing. Refer to www.irs.gov/usingemail

**Fax:** ███████████

**Mail:** Khloe Williams
       4050 Alpha Road
       MS 5205 NDAL
       Farmers Branch, Texas 75244

**Secure document upload:**
  1. Log onto: www.irs.gov/sendmyreply
  2. Use Access code: ████████████████████████████
  3. Upload documents.
  4. Please note:
     a. Only 40 files per access code are allowed.

3

If you have questions about this Information Document Request, contact the examiner listed below.

Information due by:   ☑ At next appointment: All other items
                     ☐ Other : AML Compliance Program: **06/07/2025**

| From | | | |
|---|---|---|---|
| Examiner name<br>Khloe Williams | Examiner title<br>Internal Revenue Agent | Employee ID number<br>████ | Date (mmddyyyy)<br>05/14/2025 |
| Office location<br>4050 Alpha Road, MS 5205 NDAL, Farmer's Branch, Texas 7524 | | Telephone number<br>████ | e-Fax number<br>████ |

Catalog Number 23145K   www.irs.gov   Form **4564** (Rev. 5-2023)
                                       Wkpr 500-01.2

| Form **4564**<br>(May 2023) | Department of the Treasury - Internal Revenue Service<br># Information Document Request | | Request number<br><br>1 |
|---|---|---|---|
| To<br>Payans Fuel Center, Inc.<br>DBA: Payans Citgo<br>2901 E> Paisano Dr.<br>El Paso, Texas 79905 | Subject<br>Title 31 Examination | | |
| | SAIN<br>N/A | Submitted to<br>Payans Fuel Center, Inc | |
| | Dates of previous requests *(mmddyyyy)* | | |

Description of documents requested *(additional records may be requested as the examination progresses)*

      b. Each file cannot exceed 120 or 15 MB.
      c. Only PDF file format accepted.
      d. Access code can only be used once. If additional access codes are required, please contact the Revenue Agent to obtain additional access codes.
5. Notify the Revenue Agent when documents have been uploaded.

**Email Authorization:**
1. In order to correspond via email, you must provide written consent.
2. Please send or mail the following statement to grant email authorization:
3. Subject: Case Control #535309 – Email Authorization
4. Body: I, **Your Name**, of **Name of Business and/or DBA**, consent to receive and send encrypted email(s) from Khloe Williams and associated Internal Revenue Service personnel for the during of this Title 31 Examination interaction.
5. I **will not** be able to respond to or send emails to you without written consent.

4

| If you have questions about this Information Document Request, contact the examiner listed below. | | | |
|---|---|---|---|
| Information due by: ☑ At next appointment: All other items<br>☐ Other : AML Compliance Program: **06/07/2025** | | | |

| From | | | |
|---|---|---|---|
| Examiner name<br>Khloe Williams | Examiner title<br>Internal Revenue Agent | Employee ID number<br>■■■ | Date *(mmddyyyy)*<br>05/14/2025 |
| Office location<br>4050 Alpha Road, MS 5205 NDAL, Farmer's Branch, Texas 7524 | | Telephone number<br>■■■ | e-Fax number<br>■■■ |

Catalog Number 23145K        www.irs.gov        Form **4564** (Rev. 5-2023)
Wkpr 500-0L3