UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, Jr., <br><br>   *Plaintiffs*, <br><br>v. <br><br>PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES; SCOTT BESSENT, SECRETARY OF THE TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, DIRECTOR OF THE FINANCIAL CRIMES ENFORCEMENT NETWORK; and FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br>   *Defendants*. | Civil Case No. 5:25-cv-00344-FB |

**[PROPOSED] SHOW CAUSE ORDER**

This matter comes before the Court on Plaintiff's Motion for Order to Show Cause. The Court has reviewed Plaintiff's motion and finds that it should be GRANTED.

Accordingly, Defendants are hereby ORDERED to show cause, within ten days of the date of this Order, why the audit notice received by the business of Andres Payan, Jr. does not constitute

unlawful retaliation for the testimony of Mr. Payan in this litigation.

SIGNED this _____ day of _____, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE