IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, JR., <br><br>  *Plaintiffs*, <br><br> V. <br><br> PAM BONDI, Attorney General of the United States; SCOTT BESSENT, Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. SA-25-CA-00344-FB |

**A FOR WHAT IT IS WORTH ADVISORY**

A few days after the preliminary injunction hearing, two things occurred:

1. A money laundering, drug dealer appeared before the Court. He was asked, "What is your method to launder the proceeds to send to whom you owe it in Mexico?" "I buy houses and then sell them." The Court: "Would you ever go to a casa de cambio and convert dollars to pesos in $200-$1,000 denominations to launder the drug money?" "No," as he smiled and chuckled.. Had the colloquy occurred in text messages, he might have used "LOL."

2. At about the same time, a retired bank executive friend who is aware of the case through press coverage said, "We (the banks) send millions of those ($10,000 and more CTRs) to the government and often wonder if anyone looks at them."

Signed this 27th day of May, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE