IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, JR., <br><br>*Plaintiffs*, <br><br> V. <br><br> PAM BONDI, Attorney General of the United States; SCOTT BESSENT, Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-25-CA-00344-FB |

**SHOW CAUSE ORDER**

Before the Court is Plaintiffs' Opposed Motion for Order to Show Cause Regarding Witness Retaliation, filed on May 23, 2025. (Docket no. 60). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Opposed Motion for Order to Show Cause Regarding Witness Retaliation (docket no. 60) is GRANTED such that Defendants are hereby ORDERED to show cause, **within ten days of the date of this Order**, why the audit notice received

-2-

by the business of Andres Payan, Jr. does not constitute unlawful retaliation for the testimony of Mr. Payan in this litigation. The Court particularly wants to know if these audit notices are sent to others similarly situated.

    It is so ORDERED.

    SIGNED this 27th day of May, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE