IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, JR., <br><br>*Plaintiffs*, <br><br> V. <br><br> PAM BONDI, Attorney General of the United States; SCOTT BESSENT, Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-25-CA-00344-FB |

**ORDER TRANSFERRING MATTERS CONCERNING RELATED
CASE TO THE UNITED STATES DISTRICT COURT IN EL PASO**

Before the Court are Plaintiffs' Opposed Motion for Order to Show Cause Regarding Witness Retaliation (docket no. 60), this Court's Order to Show Cause (docket no. 62), Defendants' response (docket no. 63) to the Order to Show Cause, and Plaintiffs' reply (docket no. 64) to Defendants' response. The Order to Show Cause and related filings concern an Internal Revenue Service ("IRS") notice to Andres Payan, Jr. after he testified as a third-party witness in support of Plaintiffs' motion for

-2-

preliminary injunction. Given the new case involving Mr. Payan that is pending in the El Paso Division, *Valuta Corporation, Inc. & Payans Fuel Center, Inc. v. Financial Crimes Enforcement Network, et al.*, Civil Action No. EP-25-cv-00191-LS, the issue about the IRS audit of Mr. Payan is TRANSFERRED to United States District Judge Leon Schydlower in El Paso.

    It is so ORDERED.

    SIGNED this 11th day of June, 2025.

                                                  _____
                                                  FRED BIERY
                                                  UNITED STATES DISTRICT JUDGE