IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASS'N FOR MONEY SERVICES BUSINESSES (TAMSB), *et al*.<br><br>*Plaintiff*s,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, in her official capacity as the Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>*Defendants*. | Civil Action No. 25-cv-344 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants (Pamela Bondi, in her official capacity as Attorney General; Scott Bessent, in his official capacity as Secretary of the Treasury; the United States Department of the Treasury; Andrea Gacki, in her official capacity as the Director of the Financial Crimes Enforcement Network ("FinCEN"); and FinCEN) hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Order Granting Plaintiffs' Motion for a Preliminary Injunction dated May 19, 2025, ECF No. 59.

Dated June 13, 2025                              Respectfully submitted,

                                                                  BRETT A. SHUMATE
                                                                   Assistant Attorney General

                                                                   STEPHEN M. ELLIOTT
                                                                  Assistant Director, Federal Programs Branch

/s/ Amy E. Powell
AMY E. POWELL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
c/o U.S. Attorney's Office for EDNC
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Tel.: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*