UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS ASSOCIATION FOR MONEY SERVICES BUSINESSES (TAMSB), *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES *et al.*, <br><br> *Defendants*. | Civil Case No. 5:25-cv-00344-FB |

### PLAINTIFFS' NOTICE OF CROSS-APPEAL

On June 13, 2025, all Defendants in the above styled action filed a Notice of Appeal (Doc. 68) to the United States Court of Appeals for the Fifth Circuit from the Order Granting Plaintiffs' Motion for Preliminary Injunction entered on May 19, 2025 (Doc. 59). Defendants' appeal has been docketed at the Fifth Circuit as Case No. 25-50481.

PLEASE TAKE NOTICE that all Plaintiffs (Texas Association For Money Services Businesses; High Value, Inc.; Reynosa Casa De Cambio, Inc.; Nydia Regalado D/B/A Best Rate Exchange; Mario Regalado D/B/A Border International Services; Laredo Insurance Services, LLC; E.Mex. Financial Services, Inc.; R & C, Inc. D/B/A TEMEX Money Exchange; San Isidro Multi Services, Inc.; Cris Win Inc. D/B/A Brownsville Casa De Cambio; Espro Investment LLC D/B/A Lonestar Money Exchange; and Arnoldo Gonzalez, Jr.) hereby cross-appeal to the United States Court of Appeals for the Fifth Circuit from the Order Granting Plaintiffs' Motion for Preliminary Injunction, as to the Plaintiffs only, entered on May 19, 2025 (Doc. 59). Without limitation to any other issues, Plaintiffs' cross-appeal encompasses the scope of the preliminary injunction entered by the Court.

Dated: June 25, 2025

Martin Golando
THE LAW OFFICE OF MARTIN GOLANDO, PLLC
Texas Bar No. 24059153
2326 W. Magnolia
San Antonio, Texas 78201
Office: (210) 471-1185
Email: martin.golando@gmail.com

Roland Gutierrez
THE LAW OFFICE OF ROLAND GUTIERREZ
SBN #: 24007291
104 Babcock Ste. 107
San Antonio, Texas 78201
(210) 225-7114

*Attorneys for Plaintiffs Texas Association for Money Services Businesses (TAMSB); Reynosa Casa De Cambio, Inc.; Nydia Regalado d/b/a Best Rate Exchange; Mario Regalado d/b/a Border International Services; Laredo Insurance Services, LLC; E.Mex. Financial Services, Inc.; R & C, Inc. d/b/a Temex Money Exchange; San Isidro Multi Services, Inc.; Cris Win Inc. d/b/a Brownsville Casa De Cambio; and Espro Investment LLC d/b/a Lonestar Money Exchange*

Respectfully submitted,

/s/ Robert E. Johnson
Robert E. Johnson (DC Bar No. 1013390)*
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
rjohnson@ij.org

Jeffrey Rowes (TX Bar No. 24104956)*
Christen Mason Hebert (TX Bar No. 24099898)
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
jrowes@ij.org
chebert@ij.org

Elizabeth L. Sanz (CA Bar No. 340538)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
bsanz@ij.org

Katrin Marquez (FL Bar No. 1024765)*
INSTITUTE FOR JUSTICE
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
kmarquez@ij.org

* Admitted *pro hac vice*

*Attorneys for Plaintiffs Arnoldo Gonzalez, Jr. and High Value, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 25, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

<u>/s/ Robert E. Johnson</u>
Robert E. Johnson
