IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY SERVICES BUSINESSES (TAMSB); HIGH VALUE, INC.; REYNOSA CASA DE CAMBIO, INC.; NYDIA REGALADO d/b/a BEST RATE EXCHANGE; MARIO REGALADO d/b/a BORDER INTERNATIONAL SERVICES; LAREDO INSURANCE SERVICES, LLC; E.MEX. FINANCIAL SERVICES, INC.; R & C, INC. d/b/a TEMEX MONEY EXCHANGE; SAN ISIDRO MULTI SERVICES, INC.; CRIS WIN INC. d/b/a BROWNSVILLE CASA DE CAMBIO; ESPRO INVESTMENT LLC d/b/a LONESTAR MONEY EXCHANGE; and ARNOLDO GONZALEZ, JR., <br><br>　　　　*Plaintiffs*, <br><br>V. <br><br>PAM BONDI, Attorney General of the United States; SCOTT BESSENT, Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; ANDREA GACKI, Director of the Financial Crimes Enforcement Network; FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br>　　　　*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-25-CA-00344-FB |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

Before the Court is Defendants' Unopposed Motion for an Extension of Time to Respond to the Complaint, filed by Defendants on June 27, 2025. (Docket no. 70). After careful consideration, the Court is of the opinion that Defendants have shown good cause for the requested extension. The motion shall be granted.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion for an Extension of Time to Respond to the Complaint (docket no. 70) is GRANTED such that Defendants shall answer or otherwise respond to Plaintiffs' Amended Complaint on or before **July 15, 2025**.

It is so ORDERED.

SIGNED this 30th day of June, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE