IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY<br>SERVICES BUSINESSES (TAMSB), *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. SA-25-CA-00344-FB |
| PAM BONDI, Attorney General of<br>the United States, *et al.,* | § § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING DEFENDANTS' MOTION TO
## STAY PROCEEDINGS PENDING APPEAL

Upon consideration of the Defendants' Motion to Stay Proceedings and all submissions of the parties, it is hereby ORDERED that the motion (docket no. 75) is GRANTED. The Court has also taken into consideration for this ruling the pending case in El Paso, *Valuta Corporation, Inc. & Payans Fuel Center, Inc. v. Financial Crimes Enforcement Network, et al.,* Civil Action No. EP-25-cv-00191-LS. This mater is STAYED pending resolution of the pending appeal and cross-appeal. The parties shall promptly notify the Court when the appeal is fully resolved.

It is so ORDERED.

SIGNED this 22nd day of July, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE