IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF MONEY<br>SERVICES BUSINESSES (TAMSB), *et al.*, | § § § § § | |
| *Plaintiffs*, | | |
| v. | § § § § § § § § | CIVIL ACTION NO. SA-25-CA-00344-FB |
| PAM BONDI, Attorney General of<br>the United States, *et al.,* | | |
| *Defendants.* | | |

## ORDER OF ADMINISTRATIVE CLOSURE

This case has been stayed pending resolution of the appeal and cross-appeal of this Court's preliminary injunction order. (Docket no. 80). Because this case cannot move forward until the Fifth Circuit Court of Appeals has issued its ruling, the Court finds this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.,* 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . .").

Accordingly, IT IS HEREBY ORDERED that the Clerk's office is DIRECTED to administratively close this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Parties may continue to file motions and documents in the case.

It is so ORDERED.

SIGNED this 30th day of July, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE